UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN, CITY OF
ROMULUS,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY;
MARKWAYNE MULLIN, in his
official capacity as Secretary of the
Department of Homeland Security,
UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT,
TODD M. LYONS, in his official
capacity as Senior Official Performing
the Duties of the Director of
Immigration and Customs
Enforcement.

      Defendants.

No. 2:26-cv-10968

HON.

MAG.

_____/

## INDEX OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

| Exhibit | Description |
|---------|-------------|
| 1 | Aerial Photo |
| 2 | ICE DRI |
| 3 | Real Estate Summary Sheet 7525 Cogswell |
| 4 | Property Transfer Affidavit 7525 Cogswell |
| 5 | Conservation Easement Map |
| 6 | Floodplain Notice |