# PLAINTIFFS' EXHIBIT 1

