# PLAINTIFFS' EXHIBIT 3

# Real Estate Summary Sheet

***Information herein deemed reliable but not guaranteed***                                                    03/13/2026 1:28 PM

| | | | |
|---|---|---|---|
| **Parcel:** | 80 025 99 0008 704 | **Current Class:** | 301.INDUSTRIAL-IMPROVED |
| **Owner's Name:** | DEPARTMENT OF HOMELAND SECURIT | **Previous Class:** | 301.INDUSTRIAL-IMPROVED |
| | | **Taxable Status** | TAXABLE |
| **Property Address:** | 7525 COGSWELL | **Prev. Taxable Stat** | TAXABLE |
| | ROMULUS, MI 48174 | **Gov. Unit:** | 80 CITY OF ROMULUS |
| **Liber/Page:** | **Created:** 01/20/2000 | **MAP #** | BZA SEE GEN COMMENTS |
| **Split:** | 01/20/2000 **Active:** Active | **School:** | 82130 ROMULUS COMMUNITY SCHOOLS |
| | | **Neighborhood:** | IND00 INDUSTRIAL |
| **Public Impr.:** | None | | |
| **Topography:** | None | | |

**Mailing Address:**

DEPARTMENT OF HOMELAND SECURITY
500 12TH STREET SW 3000
WASHINGTON DC 20250

**Description:**

07D1B2
PT OF TH NE 1/4 OF SEC 7 T3S R9E DESC AS BEG S 00D 06M 23S E 1390.77 FT TH N 89D 19M 01S E 33 FT FROM THE N 1/4 COR OF SAID SEC 7 TH N 00D 06M 23S W 848.35 FT TO A POINT ON THE CENTERLINE OF A 60 FT WIDE EASEMENT FOR THE MCCLAUGHREY DRAIN TH ALONG SAID CENTERLINE THE FOLLOWING TWO (2) COURSES; N 72D 26M 09S E 673.70 FT; S 63D 03M 56S E 265.77 FT TH S 00D 13M 33S E 71.51 FT TH N 88D 09M 28S E 400.13 FT TH S 00D 13M 19S E 857.36 FT TH S 89D 19M 01S W 1281.17 FT TO POB
27.15 AC

## Most Recent Sale Information

Sold on 02/04/2026 for 34,671,500 by 7525 COGSWELL PROPCO LLC.

**Terms of Sale:**   13-GOVERNMENT                                          **Liber/Page:**

## Most Recent Permit Information

Permit PB250588 on 12/29/2025 for $725,000 category Comm & Ind Alter/Repairs.

## Physical Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| **2026 S.E.V.:** | 7,100,200 | **2026 Taxable:** | 7,100,200 | **Lot Dimensions:** | IRREGULAR |
| **2025 S.E.V.:** | 6,988,500 | **2025 Taxable:** | 6,931,000 | **Acreage:** | 27.15 |
| **Zoning:** | M1-LIG | **Land Value:** | 1,667,010 | **Frontage:** | 0.0 |
| **PRE:** | 0.000 | **Land Impr. Value:** | 995,302 | **Average Depth:** | 0.0 |

## Improvement Data

# of Commercial Buildings: 1
Type: Warehouses - Storage
Desc: 13 % OFFICE
Class: C
Quality: Average
Built: 2000  Remodeled: 0
Overall Building Height: 39
Floor Area: 249,090
Sale Price/Floor Area: 139.19
Estimated TCV: 11,538,116
Cmts:

## Image

