# PLAINTIFFS' EXHIBIT 5

