# PLAINTIFFS' EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN, CITY OF
ROMULUS,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY;
Markwayne Mullin, in his official
capacity as Secretary of the
Department of Homeland Security,
UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT,
TODD M. LYONS, in his official
capacity as Senior Official
Performing the Duties of the
Director of Immigration and
Customs Enforcement.

        Defendants.

_____/

No. 2:26-cv-10968-JJCG-EAS

HON. JONATHAN J.C. GREY

MAG. ELIZABETH A.
STAFFORD

**Declaration of Robert
McCraight**

I, Robert McCraight, pursuant to 28 U.S.C. § 1746, hereby declare

that the following is true and correct:

1.    I am the Mayor of the City of Romulus, Michigan.

2.    In my role as Mayor, I am the chief administrative and

executive head of the City generally responsible for the overall

operation and administration of the City government.

3.     Prior to becoming Mayor in 2021, I had been employed by the City for over 20 years in different positions, last serving as the City's Building Official.

4.     The City of Romulus is a diverse and close-knit community that holds traditional family values.  It is not a "big" community population-wise as Detroit Metro Airport (DTW) takes up a large part of its geographical area.  Although its resources are limited, they are specifically and carefully allocated for the benefit of its residents that not only have the burden, but also the honor, of being a major gateway to the Detroit-Metropolitan area and the State of Michigan.  As a gateway to Michigan, the "population" of Romulus doubles everyday (from 25,000 to 50,000) due to the influx of airport employees and visitors.  As a result, the City's public safety personnel are already stretched thin *due to this addition of 30 million annual visitors* beyond what is reasonably required to protect the residents of the community since the City is forced to address issues surrounding the Airport and the associated hotel district (the largest hotel district in Wayne County).

**The Romulus Warehouse**

5.     It is my understanding that the United States Department of Homeland Security (DHS) has purchased a commercial building

2

located at 7525 Cogswell Street, Romulus, Michigan 48174 ("Romulus Warehouse"), for the purpose of using it as a detention center to house up to 500 detainees.

6. The Romulus Warehouse is a 249,090-square-foot warehouse situated on 27.15 acres.

7. It is zoned for light industrial use and abuts residential neighborhoods and multiple schools within one mile, including Romulus Middle School and Wick Elementary School.

8. The Romulus Warehouse borders a county drain and is located within a federally recognized floodplain, with areas classified as 100-year floodplain, 500-year floodplain, and regulated floodway. The site frequently floods, including as recently as last year, consistent with its floodplain designation. I have personally observed significant flooding of the parking lot area of the building.

9. At no time before DHS purchased the Romulus Warehouse did DHS or ICE contact me, the Office of the Mayor, the City of Romulus, or any City department regarding the federal government's plans for the property. The only contact between City employees and DHS/ICE employees that I am aware of related to the Romulus Warehouse is that the City's Police Department informally

3

communicated with ICE employees regarding the proposed use and protests, graffiti, and vandalism at the property.

10. DHS did not consult with City officials regarding permitting requirements, environmental considerations, community impact, infrastructure needs, or the operational burdens that a detention center would impose. And DHS and ICE have not sought any permits from the City for the Romulus Warehouse.

11. As far as I am aware, DHS's only public notice of this matter was a single "Floodplain Notice" posted more than two weeks after the apparent purchase of the Romulus Warehouse. Prior to that, I visited the property and noticed a posting on the door of the building indicating it was a federal building, under federal jurisdiction, or other words to that effect.

12. The City has had to evaluate, without any assistance from the federal government, whether its infrastructure and public services can sustain such a facility. Upon information and belief, the City's infrastructure and public resources would be severely taxed and strained if such a facility began operating at its proposed location.

**The Romulus Warehouse Has and Will Strain Public Safety Resources**

13.   The City of Romulus has limited police, fire, and EMS resources.  DHS's acquisition of the warehouse has already required expenditure of significant police, fire, and EMS resources, diverting these limited resources from their primary functions of protecting City residents.

14.   Romulus has a 48 officer police department, which is engaged in community policing and crime-reduction initiatives.  Over the last 5 years, the crime rate in Romulus has fallen due to the efforts of the City of Romulus Police Department.

15.   DHS's actions have already required the Police Department to divert policing resources to respond to dozens of protests arising from the federal government's purchase of the Romulus Warehouse.

16.   In addition, the Police Department has had to expend resources to investigate vandalism at the Romulus Warehouse.

17.   Moving forward, DHS's plans for the Romulus Warehouse will require the City's Police Department to divert officers to manage protests, disturbances, and protection and security activities related to the detention center.  Specifically, construction efforts at the Romulus Warehouse and operation of the Warehouse as a detention center are

anticipated to trigger significant and frequent protests, requiring diversion of policing resources.

18.    Likewise, it is anticipated that the City's EMS resources will be required to respond to calls arising from the detention facility.  These additional demands will compromise response times for Romulus residents, creating heightened risks to the community.

19.    Collectively, I am concerned that the operation of a federal detention center at the Romulus Warehouse will overwhelm the City's public safety personnel.

**The Romulus Warehouse Has and Will Cause Reputational and Economic Harm to the City**

20.    The City also has and will continue to suffer the loss of business investment, opportunity, job creation, and tax base because of Defendants' purchase and intended use of the property.

21.    Prior to Defendants' purchase of the Romulus Warehouse, the City's Building Department had recently issued a permit to a contractor to renovate the Romulus Warehouse's office space.  The contractor was looking to make extensive renovations to accommodate the business needs of a large automobile manufacturer.  This business investment has now been lost because of the Defendants' actions.  And

6

this lost investment has resulted in the loss of significant private sector jobs and property taxes.

22. The City has also heard concerns from existing stakeholders in the community, such as Ford Motor Company and Carvana, regarding the viability of future investments in the area due to Defendants' purchase and intended use of the Romulus Warehouse.

23. The Romulus Warehouse is located near three relatively new residential neighborhoods, built within the last 10-15 years, with the most recent neighborhood still being built out over the last year. I have very serious concerns that the City, and in particular these residential developments, will experience a decrease in the value of residential homes and commercial properties within its boundaries.

* * *

24. For all the reasons described above, the federal government's actions have imposed substantial, unplanned, and unreasonable burdens on the City of Romulus, its residents, its infrastructure, and its public safety agencies.

7

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 31, 2026

        Robert McCraight
        Mayor
        City of Romulus, Michigan