# PLAINTIFFS' EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN, CITY OF
ROMULUS,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY;
Markwayne Mullin, in his official
capacity as Secretary of the
Department of Homeland Security,
UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT,
TODD M. LYONS, in his official
capacity as Senior Official
Performing the Duties of the
Director of Immigration and
Customs Enforcement.

      Defendants.

No. 2:26-cv-10968-JJCG-EAS

HON. JONATHAN J.C. GREY

MAG. ELIZABETH A.
STAFFORD

**Declaration of Roberto
Scappaticci**

/

I, Roberto Scappaticci, pursuant to 28 U.S.C. § 1746, hereby

declare that the following is true and correct:

    1.    I am the Director of Public Services & Public Works for the

City of Romulus, Michigan.

    2.    I have a Bachelor of Science Degree in Environmental

Science from the University of Michigan.  I hold certifications from the

State of Michigan as a Storm Water Operator, Waterworks System

Operator S-1 Classification and in soil erosion and sedimentation control plan review and design.

3.     In my role as the Director of Public Services & Public Works, I am responsible for all municipal public works contracts, public infrastructure asset management, facility maintenance, capital planning, Building Department and Planning Department functions and fleet management.  I have held this position since 2014 and I am familiar with the City's water, sewer, roadway, and related public infrastructure systems.  My responsibilities include overseeing municipal infrastructure capacity, maintenance, and planning, as well as evaluating whether existing systems can support proposed developments or major facility uses.

4.     It is my understanding that the United States Department of Homeland Security (DHS) has purchased a commercial building located at 7525 Cogswell Street, Romulus, Michigan 48174 ("Romulus Warehouse"), for the purpose of using it as a detention center to house up to 500 detainees.

5.     Neither DHS, nor Immigration and Customs Enforcement (ICE), has contacted the Public Works Department about the Romulus Warehouse, proposed construction at the site, or the proposed use of the

2

site. Additionally, neither DHS nor ICE have submitted any applications for permits to the Public Works Department. And, the City has received no indication that DHS or ICE conducted any environmental review under the National Environmental Policy Act (NEPA).

6. The Romulus Warehouse is located within a federally recognized floodplain, with areas classified as 100-year floodplain, 500-year floodplain, and regulated floodway. The site frequently floods, including as recently as last year.

7. DHS's Floodplain Notice stated that the agency intends to use 19 acres of the property for secure-area functions and intends to add fencing, lighting, recreation courts, and sewer modifications.

8. The City of Romulus supplies water and sewage service to the Romulus Warehouse.

9. The Romulus Warehouse contains only six bathrooms and is served by a 6-inch sewer line that connects to a 15-inch city-owned sewage pipe under Cogswell Street. Neither line is capable of handling the wastewater load generated by 500 detainees and staff occupying the site 24 hours per day, 7 days per week.

3

10. The building was designed for standard office low intensity commercial use with low water-demand, not for continuous, high-occupancy detention operations. Under the initial approved plan for the office warehouse a basis of design was completed showing the building would produce 0.26 cubic-feet-per-second (CFS) of wastewater flow under the intended low use.

11. Under our analysis comparing operations to a hospital, school or public facility, the site could see flows as high as 2.30 (CFS) which compared to facilities with public showering and bathing. The 15" sewer on Cogswell may have a capacity of 3.0 CFS, however we need to account for the existing flow in the sewer which might be in the order of pipe half-full, or 1.50 CFS. For these reasons, without further information, the City cannot determine the available capacity.

12. DHS's Floodplain Notice references "sanitary sewer connections or modifications" but does not identify or refer to any completed engineering review establishing that the water and sewer system is adequate for the proposed use.

13. Based on my professional assessment, the building's sewer infrastructure does not have the capacity to support a 500-bed detention facility, which would generate substantially higher wastewater flows

4

than the building's current design can safely handle. Overloading the existing sewer system would risk backups, overflows, and other failures affecting not only the warehouse property, but also the City's downstream system, local groundwater, and adjacent wetlands.

14. The water supply infrastructure serving the warehouse was designed only for standard office-level water use. The as-built plans currently show domestic water was entering the site with a 2" copper water service. It was not engineered to meet the significantly higher water demands associated with a large residential detention facility operating continuously. The 2" line may provide 20 gallons-per-minute (GPM) to the facility, however, upon information and belief, under peak flow conditions with the site operating at the higher intense use, it would require 300 GPM.

15. Had DHS consulted with the City, we would have informed them that the water system supplying the warehouse is insufficient as currently configured for this proposed use.

16. The Romulus Warehouse is located on Cogswell Street, which is a three-lane city-owned road with two travel lanes and a center turn lane.

17.    The entry points to the property have no turning lanes, creating traffic safety issues under increased vehicle load.  In addition, there is no secondary exiting or entering route for this site from any other major road other than Ecorse Road.  All other roadways to the site are residential leading to homes and schools.

18.    That area of the City does not have adequate road capacity to support the traffic demands of a large-scale immigration detention center, including vehicle ingress and egress.  Increased traffic is among the community burdens that DHS failed to consider.

19.    Based on my professional knowledge and experience, and my review of the City's infrastructure systems, it is my opinion that the existing water, sewer, and roadway infrastructure serving the Romulus Warehouse is insufficient to support a 500-bed detention facility without major upgrades.  The site's location in an active floodplain further increases risks to City infrastructure, sensitive wetlands, and public safety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 30th, 2026

Roberto Scappaticci
Director of Public Services & Works
City of Romulus, Michigan

7