# PLAINTIFFS' EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN, CITY OF
ROMULUS,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY;
MARKWAYNE MULLIN, in his
official capacity as Secretary of the
Department of Homeland Security,
UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT,
TODD M. LYONS, in his official
capacity as Senior Official
Performing the Duties of the
Director of Immigration and
Customs Enforcement.

        Defendants.

No. 2:26-cv-10968

HON. JONATHAN J.C. GREY

MAG. ELIZABEHT A.
STAFFORD

**Declaration of Trever
LeBarre**

_____/

I, Trever LeBarre, pursuant to 28 U.S.C. § 1746, hereby declare

that the following is true and correct:

1.    I am the administrator of the Physical Plant Division at the

Michigan Department of Corrections (MDOC).

2.    In my role, I manage the Physical Plant Division, which is

comprised of the Physical Plant Section and the Environmental Health

and Fire Safety Section. I am also responsible for planning new

facilities and monitoring their construction; planning special maintenance or remodeling projects at existing institutions; approving physical plant changes in existing institutions; preparing and maintaining MDOC's capital outlay budget; advising architects, engineers, and the Department of Technology, Management, and Budget (DTMB) staff regarding MDOC's needs; and assisting institutional physical plant staff. I also function as the MDOC's property expert for all easements, vacant properties, and leases.

3. I have personal knowledge of the information discussed below or have knowledge of this information based on my review of documents compiled by MDOC staff.

4. Among other responsibilities, MDOC operates the State of Michigan's prison system. MDOC currently operates twenty-six prisons throughout the State. In addition, the State owns at least one vacant facility that previously operated as a prison and was designed to hold incarcerated persons.

5. It is my understanding that neither the U.S. Department of Homeland Security (DHS) or its subagency Immigration and Customs Enforcement (ICE) has contacted MDOC leadership about purchasing

2

or leasing closed State prison facilities between January 2025 and present.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 31, 2026

Trever LeBarre
Michigan Department of Corrections

3