UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michigan, State of, et al.,

                              Plaintiff(s),

v.                                                Case No. 2:26−cv−10968−JJCG−EAS
                                                  Hon. Jonathan J.C. Grey

United States Department of
Homeland Security, et al.,

                              Defendant(s),

_____

## NOTICE OF MOTION HEARING

   You are hereby notified to appear before District Judge Jonathan J.C. Grey at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 250.  The following motion(s) are scheduled for hearing:

Motion for Preliminary Injunction − #9

- RESPONSE DUE:  April 21, 2026

- REPLY DUE:  April 28, 2026

- MOTION HEARING:  May 18, 2026 at 10:30 AM

## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                   By: s/Sandra A Osorio_____
                                        Case Manager

Dated:  April 6, 2026