**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| STATE OF MICHIGAN, *et al.*,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>     *Defendants*. | Case No. 2:26-cv-10968-JJCG-EAS<br><br>HON. JONATHAN J.C. GREY<br>MAG. ELIZABETH A. STAFFORD |

**INDEX OF EXHIBITS PERTAINING TO
DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

| EXHIBIT | TITLE |
|:---:|---|
| 1 | Record of Environmental Consideration |
| 2 | DHS Instruction Manual 023-01-001-01, Revision 01, Implementation of the National Environmental Policy Act (NEPA) |
| 3 | Declaration of James K. Ingalsbe dated April 21, 2026 |
| 4 | Declaration of Andrew J. DeGregorio dated April 21, 2026 |
| 5 | Declaration of Shawn L. Byers dated April 20, 2026 |