**Homeland Security**  Environmental Planning and Historic Preservation Decision Support System

## Romulus, MI Property Acquisition  - Project Approved

## Status

- In Preparation (03/24/2026)
- Environmental Review (03/24/2026)
- Senior Environmental Review (03/24/2026)
- Proponent Review (03/24/2026)
- Project Approved (03/24/2026)

## Project Information

### General

**Name:** Romulus, MI Property Acquisition
**DSS ID:** DSS-ICE-2026-24520
**Security:** Unclassified
**Description:** ICE proposes to acquire and retrofit an existing industrial facility located at 7525 Cogswell St, Romulus, MI to serve as a Detention Processing Center. The 286,600 sq ft facility will be designed to accommodate 500 to 1,000 detainees, with scalability to accommodate up to 2,000 individuals within housing areas that will include standard dormitory pods, ADA compliant pods, and behavioral and special housing units. The Project would not increase the facility's design capacity, operational population, or building footprint and consists of security, operational, and infrastructure improvements located entirely within previously developed and disturbed areas. No new expansion areas, offsite improvements, or new utility corridors are proposed. The Project does not introduce new land use types, new impervious surfaces beyond courts installed on existing asphalt, or changes to site drainage or topography. Proposed improvements will include installation of approx 3,800 linear ft of upgraded perimeter security fencing, replacing or augmenting existing fencing; construction of a small modular security checkpoint structure (approx 150 sq ft); construction of 5 exterior recreation courts on existing asphalt surfaces; installation of exterior lighting and security cameras mounted on the building façade or within existing paved areas to support operational monitoring; installation of an emergency generator with a large capacity unit (approx 1,000 kw) to meet current life safety and operational requirements; installation of new telecom cabling, routed through existing utility corridors or previously disturbed areas; and sanitary sewer connection improvements, if required by final engineering review. All construction activity will be temporary, localized, and confined to previously disturbed areas. No new building additions, footprint expansions, offsite construction, or capacity related improvements are included in the Project.
**Funded through IRA?:** No
**Funded through the IIJA?:** No
**Critical Infrastructure?:** No

**Adopting Another Agency CATEX, or CATEX Determination?:** No

**Project Types:**

· Real Estate Activities - Acquisition of an interest in real property that is not within or adjacent to environmentally sensitive areas, including interests less than a fee simple, by purchase, lease, assignment, easement, condemnation, or donation, which does not result in a change in the functional use of the property. (CATEX C1)

· Repair & Maintenance Activities - Minor renovations and additions to buildings, roads, airfields, grounds, equipment, and other facilities that do not result in a change in the functional use of the real property. (CATEX D1)

· Construction, Installation, and Demolition Activities - New construction upon or improvement of land where all of the following conditions are met. (CATEX *E2)

**Mitigation Required?:** No

**Tiering - PEA/PEIS?:** No

**Adopting EA/EIS?:** No

**Requires EA/EIS?:** No

**Project Priority:** Normal

**Federal Assistance:** No

**Estimated Project Cost:**  (not entered)

## Component

**Component:** ICE - U.S. Immigration and Customs Enforcement

**Region/Area/Unit:** GSA Region 5: Great Lakes

## Dates

**FY Funding:** 2026

**Proposed Project Start:** 03/01/2026

**Proposed Project End:** On-going

**Review Start:** 02/02/2026

## Project Location

- Site Specific: 7525 Cogswell St, Romulus, Michigan, 48174

## Team

- Document Preparer, Alexis Price, alexis.t.price@associates.ice.dhs.gov
- Collaborator-Document Preparation, Amber Carter, amber.m.carter@associates.ice.dhs.gov
- Collaborator-Document Preparation, Andrew Degregorio, andrew.j.degregorio@ice.dhs.gov
- Environmental Reviewer, Gabrielle Fernandez, gabrielle.fernandez@hq.dhs.gov
- Senior Environmental Reviewer, Victoria Porto, Victoria.Porto@hq.dhs.gov
- Proponent, Robert Schultz, robert.e.schultz@ice.dhs.gov

## Categorical Exclusions

Printed On 3/25/2026 11:41:29 AM

- C1 - Acquisition of an interest in real property that is not within or adjacent to environmentally sensitive areas, including interests less than a fee simple, by purchase, lease, assignment, easement, condemnation, or donation, which does not result in a change in the functional use of the property.
- D1 - Minor renovations and additions to buildings, roads, airfields, grounds, equipment, and other facilities that do not result in a change in the functional use of the real property (e.g. realigning interior spaces of an existing building, adding a small storage shed to an existing building, retrofitting for energy conservation, or installing a small antenna on an already existing antenna tower that does not cause the total height to exceed 200 feet and where the FCC would not require an EA or EIS for the installation).
- E2* - New construction upon or improvement of land where all of the following conditions are met:
(a) The structure and proposed use are compatible with applicable Federal, tribal, state, and local planning and zoning standards and consistent with federally-approved state coastal management programs,
(b) The site is in a developed area and/or a previously-disturbed site,
(c) The proposed use will not substantially increase the number of motor vehicles at the facility or in the area,
(d) The site and scale of construction or improvement are consistent with those of existing, adjacent, or nearby buildings, and,
(e) The construction or improvement will not result in uses that exceed existing support infrastructure capacities (roads, sewer, water, parking, etc.).

## Required Conditions

1. According to the U.S. Fish & Wildlife Service (USFWS) Information for Planning and Conservation (IPaC) system, there are 7 federally listed, candidate, or threatened species known or expected to be in or near the project area. These include the endangered Indiana Bat, endangered Northern Long-eared Bat, proposed endangered Tricolored Bat, threatened Rufa Red Knot, threatened Eastern Massasauga, proposed threatened Monarch Butterfly, and the threatened Eastern Prairie Fringes Orchid. There are no critical habitats in the project area or the vicinity of the project area. ICE has evaluated potential impacts associated with the Proposed Action. While the proposed activities would occur within/on the grounds of an existing building, given that certain species are mobile, ICE will survey the area for such species prior to undertaking exterior activities; if one is identified, work would not commence and USFWS would be contacted. Therefore, ICE has determined that the Proposed Action will have no effect on listed species or birds.  Because the Proposed Action would occur entirely on land, there would be no effect on species protected under the Marine Mammal Protection Act (MMPA) and no effect to species or essential fish habitat (EFH) protected under the Magnuson-Stevens Fishery Conservation Management Act. ICE will comply with the Endangered Species Act, Migratory Birds Treaty Act, and the Bald and Golden Eagle Protection Act.

Consultation with the USFWS under Section 7 of the ESA is not required.

2. Because all elements of the proposed action would occur within a building that is not listed on the NRHP and no known cultural or historical resources are within the immediate area, there would be no effects to historic or cultural resources. In the event that any cultural resources are encountered during the undertaking, applicable activities would be halted and necessary action would be taken to include contacting all appropriate state, federal, and other appropriate entities prior to construction continuation.

3. Any change to the Proposed Action that may cause a physical interaction with the human environment will require re-evaluation for compliance with NEPA and other EP&HP requirements before the action can proceed.

4. This review addresses NEPA and other EP&HP requirements as described in DHS Directive 023-01. This review may identify the need for additional federal, state, and/or local permits, approvals, etc. required for the Proposed Action. However, this review may not satisfy those requirements and the Proponent is responsible for ensuring that all other appropriate federal, state, and/or local permits, approvals, etc. have been obtained.

## Decision Documents

- Record of Environmental Consideration (REC), 14.94kB

## Attachments

- ICE New Detroit Processing Center Romulus MI_Forest County Potawatomi.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Forest County Potawatomi.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Hannahville.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Hannahville.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Little Traverse Bay Odawa.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Little Traverse Bay Odawa.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Match-e-be-nash-she-wish Pottawatomi.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Match-e-be-nash-she-wish Pottawatomi.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Menominee.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Menominee.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Miami.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Miami.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Pokagon Band Potawatomi.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Pokagon Band Potawatomi.pdf, 4.41MB

- ICE New Detroit Processing Center Romulus MI_Sault Ste Marie Chippewa.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Sault Ste Marie Chippewa.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Seneca-Cayuga.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_Seneca-Cayuga.pdf, 4.41MB
- ICE New Detroit Processing Center Romulus MI_SHPO.pdf, 4.41MB
- ICE Romulus MI Acquisition Due Diligence Memo_SZ.pdf, 320.59kB
- IICE New Detroit Processing Center Romulus MI_Lac Vieux Desert Band Lake Superior Chippewa.pdf, 4.41MB
- IICE New Detroit Processing Center Romulus MI_Lac Vieux Desert Band Lake Superior Chippewa.pdf, 4.41MB
- MMC_NEPA_PN_FLOODPLAIN_FINAL_ROMULUS_MI.pdf, 127.19kB
- Romulus_IPaC_ Explore Location resources.pdf, 429.39kB

## Comments

- There are no comments.

## EPHP Review

### Environmental Resources

- Is the Proposed Action a piece of a larger action or connected to another action? -- No
  Please explain how you came to this determination. : No, the proposed action is not part of a larger action.
- Will the Proposed Action have a potentially significant effect on public health or safety? Areas to consider include, but are not limited to: air quality; noise impacts; hazardous wastes and/or contamination; wastewater; potable water; and changes in modes or safety of transportation. -- No
  Explain how the proposed action would not have a potentially significant effect on public health or safety. : No. The Proposed Action will not have a potentially significant effect on public health or safety. The facility is located within an established industrial space (see Section 3.1 Overview of Project Setting and Appendix A - Figure 1), and the planned renovations and operations will comply with all applicable federal, state, and local regulations governing air quality, noise, hazardous materials, wastewater, potable water, and transportation safety.
  Air quality impacts are expected to be minor and localized, limited to short-term emissions from construction activities and the operation of a backup generator during emergencies. The generator will meet EPA Emergency Stationary Use Tier 2 emission standards, ensuring compliance with the Clean Air Act and minimizing air quality impacts (see Section 3.4 Air Emission Sources).
  Noise impacts will be limited to occasional generator testing and outdoor recreation activities, which will be confined to designated areas within the secure perimeter. The surrounding land use is comprised of industrial, commercial, and residential development, a powerline easement, and vacant

land. While the residential parcels are characterized as sensitive noise receptors, it is expected that the sound levels associated with the Project will be imperceptible compared to existing sound levels at the property line (see Section 3.6 Noise).

The proposed Project is expected to update existing waste management structures present on site. Based on the updated Phase 1 ESA and Existing Conditions Report, chemical compounds were detected in the soil, the primary source of which appears to be associated with junkyard operations on the east adjoining property in the 1950s and 1960s. The property owner is is eligible for the exemption from liability of these contaminants. All construction activities will adhere to best management practices (BMPs) to prevent spills, contamination, or runoff.

Wastewater and potable water systems are already in place but may need upgraded for the increase in occupancy. Any sewer improvements would be designed and implemented in coordination with the local municipal sewer authority and would occur within existing utility easements, right-of-way, or previously disturbed areas (see Section 2.5.6.2 Sanitary Sewer Connection Improvements). Coordination with the local municipal sewer authority will ensure compliance with all permitting requirements.

Stormwater runoff from the subject property is managed through a combination of overland flow, storm drains, and detention basins. Stormwater is removed from the property primarily by sheet flow across paved surfaces toward on-site storm drains, which discharge to the detention basins. As the property owner, ICE will conduct routine maintenance activities, including vegetation clearing and inspection of drainage structures. The facility maintenance tasks will promote proper function and operation, while proactively mitigating risks such as flooding, sinkholes, or animal burrows. The retention basin is designed and used for the management of stormwater runoff from impervious facility surfaces. From a facility operations standpoint, the maintenance of the retention basins will be conducted to maintain compliance with stormwater management requirements. The proposed Project will not impact the retention basins or functionally alter any component of the stormwater management system. The Project will not increase impervious surface area in a manner that would trigger new stormwater permitting requirements. If future site work involves activities such as additional grading, expansion of impervious areas, or other modifications, ICE will consult with the Michigan Department of Environment, Great Lakes, and Energy Water Resources Division to maintain compliance with applicable stormwater permitting requirements.  The Project's proposed modifications are confined entirely within previously disturbed and regularly maintained areas that consist of impervious ground or gravel and do not exhibit hydrological characteristics indicative of surface waters. Based on the available information and this desktop-level assessment, the proposed Project would not affect any surface waters onsite.

Wastewater and potable water systems are already in place and designed to accommodate industrial-scale use.however the Project may require upsizing or modification of the existing sanitary sewer

lateral and/or point of connection to accommodate projected facility wastewater flows. All required utility approvals, permits, and connection authorizations would be obtained to confirm the system's ability to accommodate anticipated flows. Final confirmation of capacity and compliance would be completed through coordination with the local municipal sewer authority and would be subject to detailed engineering design and permitting.

Prior to construction, available conveyance and treatment capacity would be formally verified with the municipality; however, based on preliminary engineering review and existing service conditions, the need for additional off-site capacity improvements or municipal system upgrades is considered unlikely. No immediate need for off-site sewer upgrades has been identified at this time. Any sewer improvements would be designed and implemented in coordination with the local municipal sewer authority and would occur within existing utility easements, right-of-way, or previously disturbed areas. Ground disturbance associated with sewer improvements would be temporary, localized, and linear in nature, consisting primarily of trenching for pipe replacement or connection upgrades. Installation activities are not expected to result in changes to land use, long-term drainage patterns, or water quality. Upon completion of construction, all disturbed areas would be backfilled and restored to pre-construction conditions. Accordingly, potential impacts to soils, utilities, and water resources would be short term and minor (see Section 2.5.6 Utilities).

Transportation safety will not be significantly affected, as the facility is located near major transportation corridors, including I-94, I-275, and Route 12. The facility's operations are not anticipated to result in significant changes to traffic patterns or modes of transportation.

Based on the above considerations, the Proposed Action will have no significant effect on public health or safety.

- Will the Proposed Action have a potentially significant effect on species or habitats protected by the Endangered Species Act, Marine Mammal Protection Act, Migratory Bird Treaty Act, Bald and Golden Eagle Protection Act, or Magnuson-Stevens Fishery Conservation and Management Act?  -- No

  Attachments:  FWS, NMFS, or Wildlife Agency Consultation:  (No files uploaded yet.)
- What is your Endangered Species Act (ESA) finding and determination? -- No effect

  Explain how the determination was made (e.g., are species present in the area but your proposed action will have no effect? why?). Although not required, recommend attaching any consultation or correspondence conducted.: ICE has determined that the Project will have no effect on federally listed endangered or threatened species or their critical habitats.

A review of the U.S. Fish and Wildlife Service (USFWS) Information for Planning and Consultation (IPaC) tool was conducted on January 9, 2026, to identify potential impacts to federally protected

species and critical habitats within the Project site. The results, summarized in Section 3.3.5 of the ER, indicate that the Project site does not overlap with designated critical habitat for any federally listed species.

The IPaC tool identified several species with potential ranges that include the Project site,  including the Indiana bat (Myotis sodalis), northern long-eared bat (Myotis septentrionalis), tricolored bat (Perimyotis subflavus), rufa red knot (Calidris canutus rufa), eastern massasauga (Sistrurus catenatus), monarch butterfly (Danaus plexippus), and eastern prairie fringed orchid (Platanthera leucophaea). However, as described in Section 3.3.5 of the ER, all proposed exterior facility modifications will occur within previously disturbed areas, consisting of an existing asphalt parking lot with minimal landscaping that does not provide suitable habitat for listed species. Based on this information, ICE has determined that the Project will have no effect on federally listed endangered or threatened species or their critical habitats. Additional consultation under Section 7 of the Endangered Species Act with USFWS is not required.
Attachments:  ESA consultation:  (No files uploaded yet.)
- What is your Marine Mammal Protection Act (MMPA) finding and determination? -- N/A
Attachments:  MMPA information:  (No files uploaded yet.)
- Would the proposed action adversely affect a species protected under the Bald and Golden Eagle Protection Act or Migratory Bird Treaty Act or habitat for such species?  -- No
Explain how the determination was made (e.g., are species present in the area but your proposed action will have no adverse effect or no significant effect? why?). Although not required, recommend attaching any consultation or correspondence conducted.: The Proposed Action is unlikely to affect species protected under the Bald and Golden Eagle Protection Act (BGEPA) or Migratory Bird Treaty Act (MBTA), nor will it adversely affect habitat for such species. A review of the U.S. Fish and Wildlife Service (USFWS) Information for Planning and Consultation (IPaC) tool was conducted on January 9, 2026, to identify potential impacts to federally protected species and habitats within the Project site. The results, summarized in Section 3.3.5 of the ER, indicate that there is possible presence of bald and golden eagles  within the Project site. Public observations of bald eagles place them within 1 mile of the Project as recent as January 2026. Public  observation of golden eagles were less frequent, with the nearest and most recent approximately 8 miles southeast of the Project in February 2024. Based on the habitat present within the Project boundary, it is unlikely that bald and golden eagles will be present, though nearby Grace Lake and Belleville Lake may draw migrating individuals through the area. Further consultation with the USFWS may be necessary in order to schedule activities to avoid/minimize disturbance.

All proposed exterior facility modifications will occur within previously disturbed areas, consisting of an existing asphalt parking lot with minimal landscaping that does not provide suitable habitat for species protected under the BGEPA or the MBTA. Planned modifications, including perimeter

fencing, a secutrity building, recreation yards, lighting, and generator replacement, will occur within the existing facility footprint or adjacent areas that have already been disturbed (see Section 2.5). Exterior lighting will be shielded and directed downward to minimize light spill and glare (see Section 3.5), reducing the potential for disruption to migratory bird behavior. Based on the above considerations, as detailed in Section 3.3.5 of the ER, the Proposed Action is unlikely to effect to species protected under the Bald and Golden Eagle Protection Act or Migratory Bird Treaty Act, nor to their habitats.

Attachments:  BGEPA MBTA consultation:  (No files uploaded yet.)

- What is your Magnuson-Stevens Fishery Conservation and Management Act (essential fish habitat) finding and determination? -- N/A

  Attachments:  EFH information:  (No files uploaded yet.)

- Will the Proposed Action have a potentially significant effect on an environmentally sensitive area? Examples include, but are not limited to: areas having special designation or recognition such as prime or unique agricultural lands, coastal zones, designated wilderness study areas, wild and scenic rivers, 100-year floodplains, wetlands, sole source aquifers, Marine Sanctuaries, National Wildlife Refuges, National Parks, National Monuments, etc.  -- No

- Special Flood Hazard Area (i.e. floodplains) -- Floodplains present

  Explain why the proposed action would not significantly impact these resources. : The proposed action will not have an effect on floodplains. The Federal Emergency Management Agency (FEMA) National Flood Hazard Layer maintains official maps that delineate areas of regulated floodways and floodplains in the landscape to denote special flooding hazard and risk premium zones.

  The Project site boundary is located within the Flood Insurance Rate Map (FIRM) panels 26163C0218E and 26163C0356E (both effective February 2, 2012). The entirety of the Project is located within Special Flood Hazard Zones. The majority of the Project, approximately 19.36 acres, is located within Zone AE, 1% Annual Chance Flood Hazard. Additionally, there are approximately 5.10 acres of shaded Zone X, 0.2% Annual Chance Flood Hazard and approximately 2.71 acres of Zone AE, Regulatory Floodway (FEMA, 2024) (Appendix A, Figure 5).

  The proposed Project will involve limited ground disturbing activities, primarily localized to specific areas required for facility security improvements. Proposed activities requiring ground disturbance would be limited to minor excavation and surface preparation for the construction of perimeter security fencing, a guard building, exterior recreation courts, a new emergency generator, new light poles, and associated utility work.

  Although the FIRM map shows the building footprint within mapped flood hazard areas, these maps are generalized and do not reflect sitespecific grading, fill, or detailed ground elevation conditions. Survey data confirm that the first-floor elevation of the existing structure is 667.21 feet, which is approximately 1.21 feet above the adjacent Base Flood Elevation (BFE) of 666 feet (Appendix B). The parking lot, proposed security fence, modular guard shack, light poles, and recreation courts are located on surfaces ranging from 663 to 666 feet in elevation and would therefore be situated at or

below the mapped BFE. The generator would be installed on an elevated concrete pad constructed above the BFE. Based on the scope of proposed activities, neither the acquisition nor the planned modifications would result in any functional changes to existing floodplain conditions at the Project site.

Executive Order 11988, Floodplains Management, requires federal agencies "to avoid to the extent possible the long- and short-term adverse impacts associated with the occupancy and modification of the floodplain and to avoid direct or indirect support of floodplain development wherever there is a practicable alternative." ICE has identified alternatives for the Proposed Action and dismissed these alternative locations due to siting, suitability, or buildability issues. ICE determined that the activities proposed within the mapped flood hazard area are limited in scope and would not result in adverse effects on the floodplain. ICE prepared  a public notice in accordance with EO 11988 to document the Proposed Action, the lack of feasible alternatives outside the flood zone, and the agency's decision-making prior to implementation. The notice was posted on DHS.gov for public comment for one week starting on 2/20/26. Upon completion of the public notice period, ICE will have fulfilled the requirements of the eight-step decision-making process.

Attachments:  Flood Map: MMC_NEPA_PN_FLOODPLAIN_FINAL_ROMULUS_MI.pdf (MMC_NEPA_PN_FLOODPLAIN_FINAL_ROMULUS_MI.pdf, 127.19kB)

- Jurisdictional wetlands and Other Waters of the U.S. -- Wetlands/OWUS present
  Explain why the proposed action would not significantly impact these resources. : No. The proposed action is not expected to result in impacts to surface waters that would likely be categorized as Waters of the United States. Supporting documentation is provided in Section 3.3.3 of this Environmental Report. Three National Wetland Inventory (NWI) features are mapped within the Project site. These include one manmade pond (classified as PUBHx— palustrine feature with an unconsolidated bottom that is permanently flooded and excavated) to the north, McClaughrey Drain (classified as R2UBHx— riverine lower perennial feature with an unconsolidated bottom that is permanently flooded and excavated) to the north, and one riverine lower perennial feature with an unconsolidated bottom, that is semi-permanently flooded and excavated (R2UBFx) to the west. Based on a review of aerial imagery from October 2025 and prior environmental reports, the RBUBFx riverine feature to the west is no longer present within the Project. Both the manmade pond and McClaughrey Drain are located north of all planned ground disturbance, therefore, the Project would have no effect on potential Waters of the United States present on or adjacent to the site.
- Coastal Barrier Unit -- N/A
- Coastal Zone Management Area -- N/A
- Section 10 navigable waterway -- N/A
- Sole Source Aquifers and Wellheads -- N/A
- Prime Farmland -- Prime Farmland present
  Explain why the proposed action would not significantly impact these resources. : The majority of the Project area is classified as Prime Farmland if Drained, and a small area in the northcentral

portion is classified as Farmland of Local Importance. All ground disturbance associated with the Proposed Action would occur within the facility's existing developed footprint. Because no activity would extend into undeveloped or agricultural soils, no farmland would be converted or impacted by the Project. Therefore, the Proposed Action would have no effect on Prime Farmland or Farmland of Local Importance.

- Designated land (i.e., Wilderness Area, Wild and Scenic River, Marine Sanctuary, National Park, National Monument, National Natural Landmark, Wildlife Refuge, and Wilderness Area -- N/A
- Will the Proposed Action result in the potential violation of a Federal, State, or local law or requirement imposed to protect the environment? -- No
- Will the Proposed Action have an effect on the quality of the human environment that is likely to be highly controversial in terms of scientific validity, likely to be highly uncertain, or likely to involve unique or unknown environmental risks? -- No
- Will the Proposed Action employ new or unproven technology that is likely to involve unique or unknown environmental risks, where the effect on the human environment is likely to be highly uncertain, or where the effect on the human environment is likely to be highly controversial in terms of scientific validity? -- No
- Will the Proposed Action establish a precedent for future actions that have significant effects? -- No
- Is the Proposed Action significantly greater in scope or size than normally experienced for its particular category of action? -- No
- Will the Proposed Action have the potential to result in the significant degradation of existing poor environmental conditions? Will the Proposed Action initiate a potentially significant environmentally degrading influence, activity, or effect in areas not already significantly modified from their natural condition? -- No
- Is the Proposed Action related to other actions with individually insignificant but cumulatively significant impacts? -- No
- Are there any other requirements for the protection of the environment that need to be considered for this proposed action? -- No

## Historic Preservation & Cultural Resources

- Will the proposed action have a potentially significant effect on a district, highway, structure, or object that is listed, or eligible for listing, on the National Register of Historic Places, a historic or cultural resource, traditional or sacred site, or result in the destruction of a significant scientific, cultural, or historic resource? -- No

  Please explain how you came to this determination.: ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the Project site and adjacent resources with a potential viewshed of the proposed undertaking (Appendix A, Figure 3). The Project site has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements, and potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. ICE finds the potential for encountering intact archaeological resources is low, and ICE does not

recommend any further archaeological investigations at the Project site.

Similarly, the Project site and adjacent modern industrial resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and all of those structures are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of  No Historic Properties Affected.

- Have you consulted with the appropriate federally-recognized tribe(s), including Native Alaskan Communities, and Native Hawaiian Organizations?  -- Yes

  Please provide details on Tribal consultation efforts. : ICE has also invited the following federally-recognized Tribes to participate in consultation on 2/13/26: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians, Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. No responses have been received at the time of DSS input.

  Attachments:  Tribal Consultation: ICE New Detroit Processing Center Romulus MI_Forest County Potawatomi.pdf (ICE New Detroit Processing Center Romulus MI_Forest County Potawatomi.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Hannahville.pdf (ICE New Detroit Processing Center Romulus MI_Hannahville.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Little Traverse Bay Odawa.pdf (ICE New Detroit Processing Center Romulus MI_Little Traverse Bay Odawa.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Match-e-be-nash-she-wish Pottawatomi.pdf (ICE New Detroit Processing Center Romulus MI_Match-e-be-nash-she-wish Pottawatomi.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Miami.pdf (ICE New Detroit Processing Center Romulus MI_Miami.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Pokagon Band Potawatomi.pdf (ICE New Detroit Processing Center Romulus MI_Pokagon Band Potawatomi.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Seneca-Cayuga.pdf (ICE New Detroit Processing Center Romulus MI_Seneca-Cayuga.pdf, 4.41MB) IICE New Detroit Processing Center Romulus MI_Lac Vieux Desert Band Lake Superior Chippewa.pdf (IICE New Detroit Processing Center Romulus MI_Lac Vieux Desert Band Lake Superior Chippewa.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Menominee.pdf (ICE New Detroit Processing Center Romulus MI_Menominee.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Sault Ste Marie Chippewa.pdf (ICE New Detroit Processing Center Romulus MI_Sault Ste Marie Chippewa.pdf, 4.41MB)

  ** This question should be carefully checked by the Environmental Reviewer.

- Does the proposed action limit access to, and/or ceremonial use of, Indian sacred sites on federal lands by Indian religious practitioners, and/or adversely affect the physical integrity of such sites?  --

No

Please explain how you came to this determination.: No. The proposed action will occur within/on an existing building and developed manufacturing facility site. Therefore, impacts to sacred sites are not anticipated.

- Does the proposed undertaking have the potential to impact Native American graves or objects of cultural patrimony?  -- No
- Will the proposed undertaking occur on non-DHS federal lands or within/on a non-DHS federally owned facility?  -- No
- Does the proposed undertaking require any ground disturbing activities?  -- Yes

Please provide a brief description of the project site, including size and current/past use, as well as a description of the proposed ground disturbance, including square feet, depth, method of disturbance, and reason for disturbance. : The proposed project will involve limited ground disturbance, primarily localized to specific areas required for facility improvements. Proposed activities requiring ground disturbance are limited to minor excavation and surface preparation for a perimeter security fence, exterior recreation court installation, light poles, and associated utility work.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

Attachments:  Ground Disturbance Information :  (No files uploaded yet.)

- Has an archaeological survey been conducted in the last 20 years?  -- No
- Are there any historic properties eligible for or listed on the National Register of Historic Places (NRHP) present within the Area of Potential Effect (APE)?  -- No

Please explain why no historic properties are located within the APE (i.e., survey was conducted but there were no historic-age resources, survey was conducted but all resources were ineligible, no survey was conducted, etc.).: The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended

Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of No Historic Properties Affected for the project as currently designed.

- What is the DHS effects determination of the proposed undertaking on historic property(ies)? -- No Historic Properties Affected

Please explain how you came to your determination.: The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources

contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of No Historic Properties Affected for the project as currently designed.

Attachments:  Section 106 - No Historic Properties Affected:  (No files uploaded yet.)

- Has the State Historic Preservation Office (SHPO)/Tribal Historic Preservation Office (THPO) concurred with the DHS Section 106 effect determination?  -- No

Please explain the nature of the dispute, whether the dispute has been resolved, or if the agency has reached out to the Advisory Council on Historic Preservation or the Keeper of the National Register in an attempt to resolve the dispute.: ICE has also invited the following federally-recognized Tribes to participate in consultation on 1/13/26: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians, Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. No responses have been received at the time of DSS input.

ICE has developed the SHPO consultation letter and intends to invite the Michigan State Historic Preservation Office to comment on the proposed undertaking.

Attachments:  SHPO/THPO Correspondence: ICE New Detroit Processing Center Romulus MI_Forest County Potawatomi.pdf (ICE New Detroit Processing Center Romulus MI_Forest County Potawatomi.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Hannahville.pdf (ICE New Detroit Processing Center Romulus MI_Hannahville.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Little Traverse Bay Odawa.pdf (ICE New Detroit Processing Center Romulus MI_Little Traverse Bay Odawa.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Menominee.pdf (ICE New Detroit Processing Center Romulus MI_Menominee.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Menominee.pdf (ICE New Detroit Processing Center Romulus MI_Menominee.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Pokagon Band Potawatomi.pdf (ICE New Detroit Processing Center Romulus MI_Pokagon Band Potawatomi.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Sault Ste Marie Chippewa.pdf (ICE New Detroit Processing Center Romulus MI_Sault Ste Marie Chippewa.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Seneca-Cayuga.pdf (ICE New Detroit Processing Center Romulus MI_Seneca-Cayuga.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_Seneca-Cayuga.pdf (ICE New Detroit Processing Center Romulus MI_Seneca-Cayuga.pdf, 4.41MB) ICE New Detroit Processing Center Romulus MI_SHPO.pdf (ICE New Detroit Processing Center Romulus MI_SHPO.pdf, 4.41MB) IICE New Detroit Processing Center

Romulus MI_Lac Vieux Desert Band Lake Superior Chippewa.pdf (IICE New Detroit Processing Center Romulus MI_Lac Vieux Desert Band Lake Superior Chippewa.pdf, 4.41MB)

** This question should be carefully checked by the Environmental Reviewer.

- Have any other consulting parties provided comments on this undertaking?  -- No
- Is there a Section 106 agreement document associated with this undertaking?  -- No

## Tribal Consultations

**Tribal Consultation Initiated:** Yes

**Tribes:**

- Forest County Potawatomi Community
- Hannahville Indian Community
- Lac Vieux Desert Band of Lake Superior Chippewa Indians
- Little Traverse Bay Bands of Odawa Indians
- Match-e-be-nash-she-wish Band of Pottawatomi Indians
- Menominee Indian Tribe of Wisconsin
- Miami Tribe of Oklahoma
- Sault Ste. Marie Tribe of Chippewa Indians
- Pokagon Band of Potawatomi Indians
- Seneca-Cayuga Nation

**Summary of Tribal consultation correspondence, meetings, and outcomes:**

ICE has invited the following tribes for consultation on 1/13/26:  the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians, Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. No responses have been received at the time of DSS input.

# DHS Record of Environmental Consideration (REC)
# for Categorically Excluded Actions under NEPA

| INTRODUCTION |
| --- |
| The purpose of this Record of Environmental Consideration (REC) is to provide a record that the potential for impacts to the quality of the human environment has been considered in the decision to implement the Proposed Action described below, in accordance with the National Environmental Policy Act of 1969 (NEPA) and DHS Directive 023-01 and Instruction Manual 023-01-001-01 on implementation of NEPA.  DHS integrates the NEPA process with review and compliance requirements under other Federal laws, regulations, Executive Orders, and other requirements for the stewardship and protection of the human environment, as reflected in Section II (8) of this REC.  Signature of the DHS Proponent on this REC demonstrates that they have considered the potential for impacts to the human environment in their decision to implement the Proposed Action as required by NEPA, and are committing to any conditions listed in Section IV of this REC that may be required for implementation of the project. When completed, the form is to be signed by the Preparer, the Environmental Approver, and the Action Proponent. The completed REC becomes a part of the administrative record for the Proposed Action. |

| SECTION I - Description of Proposed Action |
| --- |
| 1.  Name of Component Authorizing the Proposed Action:<br><br>U.S. Immigration and Customs Enforcement GSA Region 5: Great Lakes |
| 2.  Title of Proposed Action:<br><br>Romulus, MI Property Acquisition |
| 3.  Identifying Number of Proposed Action:<br><br>DSS-ICE-2026-24520 |
| 4.  Estimated Start Date and Useful Life of Proposed Action:<br><br>Start Date: 03/01/2026 - End Date: On-Going |
| 5.  Location of Proposed Action:<br><br>Site Specific: 7525 Cogswell St, Romulus, Michigan, 48174 |
| 6.  Description of Proposed Action:<br><br>ICE proposes to acquire and retrofit an existing industrial facility located at 7525 Cogswell St, Romulus, MI to serve as a Detention Processing Center. The 286,600 sq ft facility will be designed to accommodate 500 to 1,000 detainees, with scalability to accommodate up to 2,000 individuals within housing areas that will include standard dormitory pods, ADA compliant pods, and behavioral and special housing units. The Project would not increase the facility's design capacity, operational population, or building footprint and consists of security, operational, and infrastructure improvements located entirely within previously developed and disturbed areas. No new expansion areas, offsite improvements, or new utility corridors are proposed. The Project does not introduce new land use types, new impervious surfaces beyond courts installed on existing asphalt, or changes to site drainage or topography. Proposed improvements will include installation of approx 3,800 linear ft of upgraded perimeter security fencing, replacing or augmenting existing fencing; construction of a small modular security checkpoint structure (approx 150 sq ft); construction of 5 exterior recreation courts on existing asphalt surfaces; installation of exterior lighting and security cameras mounted on the building façade or within existing paved areas to support operational monitoring; installation of an emergency generator with a large capacity unit (approx 1,000 kw) to meet current life safety and operational requirements; installation of new telecom cabling, routed through existing utility corridors or previously disturbed areas; and sanitary sewer connection improvements, if required by final engineering review. All construction activity will be temporary, localized, and confined to previously disturbed areas. No new building additions, footprint expansions, offsite construction, or capacity related improvements are included in the Project. |

| SECTION II - Analysis of Extraordinary Circumstances |
| --- |

Romulus, MI Property Acquisition  (Unclassified)

---

7. ☒ Proposed Action is not a piece of a larger action

☐ Proposed Action is a piece of a larger action

Remarks:

---

**8. For A through K, check the appropriate box and provide an explanation when appropriate. Include a summary of any coordination or consultation that occurred with a resource or regulatory agency, if relevant.**

☐ Yes   ☒ No    A. Will the Proposed Action have a potentially significant effect on public health or safety?

Remarks:

---

☐ Yes   ☒ No    B. Will the Proposed Action have a potentially significant effect on species or habitats protected by the Endangered Species Act, Marine Mammal Protection Act, Migratory Bird Treaty Act, Bald and Golden Eagle Protection Act, or Magnuson-Stevens Fishery Conservation and Management Act?

Remarks:

---

☐ Yes   ☒ No    C. Will the Proposed Action have a potentially significant effect on a district, highway, structure, or object that is listed or eligible for listing on the National Register of Historic Places (NRHP)? Will the Proposed Action have a potentially significant effect on a historic or cultural resource, traditionalor sacred site, or result in the destruction of a significant scientific, cultural, or historic resource?

Remarks:

---

☐ Yes   ☒ No    D. Will the Proposed Action have a potentially significant effect on an environmentally sensitive area?

Remarks:

---

☐ Yes   ☒ No    E. Will the Proposed Action result in the potential violation of a Federal, State, or local law or requirement imposed to protect the environment?

Remarks:

---

☐ Yes   ☒ No    F. Will the Proposed Action have an effect on the quality of the human environment that is likely to be highly controversial in terms of scientific validity, likely to be highly uncertain, or likely to involve unique or unknown environmental risks?

Remarks:

---

☐ Yes   ☒ No    G. Will the Proposed Action employ new or unproven technology that is likely to involve unique or unknown environmental risks, where the effect on the human environment is likely to be highly uncertain, or where the effect on the human environment is likely to be highly controversial in terms of scientific validity?

Remarks:

---

☐ Yes   ☒ No    H. Will the Proposed Action establish a precedent for future actions that have significant effects?

Remarks:

---

☐ Yes   ☒ No    I. Is the Proposed Action significantly greater in scope or size than normally experienced for its particular category of action?

Remarks:

---

Romulus, MI Property Acquisition  (Unclassified)

| | | |
|---|---|---|
| ☐ Yes | ☒ No | J. Does the Proposed Action have the potential to result in significant degradation of existing poor environmental conditions? Will the Proposed Action initiate a potentially significant environmentally degrading influence, activity, or effect in areas not significantly modified from their natural condition? |

Remarks:

| | | |
|---|---|---|
| ☐ Yes | ☒ No | K. Is the Proposed Action related to other actions with individually insignificant but cumulatively significant impacts? |

Remarks:

## SECTION III - Categorical Exclusion (CATEX) Determination

9. This action is not expected to result in any significant adverse environmental impacts as described in the National Environmental Policy Act of 1969 (NEPA). The proposed action has been thoroughly reviewed by the U.S. Immigration and Customs Enforcement and it has been determined, by the undersigned, that this action is categorically excluded under current DHS CATEX **C1,D1,E2\*;**  from further environmental documentation, in accordance with Section 3 of DHS Directive 023-01, Environmental Planning Program since implementation of this action:

   I.  Clearly fits within one or more of the categories of excludable actions listed in Appendix A of DHS Instruction 023-01-001-01;
   II. Is not a piece of a larger action which has been segmented into smaller parts in order to avoid a more extensive evaluation of the potential for significant environmental impacts;
   III. Does not involve any extraordinary circumstances, as defined in DHS Instruction 023-01-001-01, Section V(B)(2), that would create the potential for a normally excluded action to have a significant environmental effect.

## SECTION IV - Conditions

10. The following conditions are required to implement the Proposed Action:

☒According to the U.S. Fish & Wildlife Service (USFWS) Information for Planning and Conservation (IPaC) system, there are 7 federally listed, candidate, or threatened species known or expected to be in or near the project area. These include the endangered Indiana Bat, endangered Northern Long-eared Bat, proposed endangered Tricolored Bat, threatened Rufa Red Knot, threatened Eastern Massasauga, proposed threatened Monarch Butterfly, and the threatened Eastern Prairie Fringes Orchid. There are no critical habitats in the project area or the vicinity of the project area. ICE has evaluated potential impacts associated with the Proposed Action. While the proposed activities would occur within/on the grounds of an existing building, given that certain species are mobile, ICE will survey the area for such species prior to undertaking exterior activities; if one is identified, work would not commence and USFWS would be contacted. Therefore, ICE has determined that the Proposed Action will have no effect on listed species or birds.  Because the Proposed Action would occur entirely on land, there would be no effect on species protected under the Marine Mammal Protection Act (MMPA) and no effect to species or essential fish habitat (EFH) protected under the Magnuson-Stevens Fishery Conservation Management Act. ICE will comply with the Endangered Species Act, Migratory Birds Treaty Act, and the Bald and Golden Eagle Protection Act.  Consultation with the USFWS under Section 7 of the ESA is not required.

☒Because all elements of the proposed action would occur within a building that is not listed on the NRHP and no known cultural or historical resources are within the immediate area, there would be no effects to historic or cultural resources. In the event that any cultural resources are encountered during the undertaking, applicable activities would be halted and necessary action would be taken to include contacting all appropriate state, federal, and other appropriate entities prior to construction continuation.

☒Any change to the Proposed Action that may cause a physical interaction with the human environment will require re-evaluation for compliance with NEPA and other EP&HP requirements before the action can proceed.

☒This review addresses NEPA and other EP&HP requirements as described in DHS Directive 023-01. This review may identify the need for additional federal, state, and/or local permits, approvals, etc. required for the Proposed Action. However, this review may not satisfy those requirements and the Proponent is responsible for ensuring that all other appropriate federal, state, and/or local permits, approvals, etc. have been obtained.

DHS is aware of the November 12, 2024 decision in Marin Audubon Society v. Federal Aviation Administration, No. 23-1067 (D.C. Cir. Nov. 12, 2024). To the extent that a court may conclude that the Council on Environmental Quality (CEQ) regulations implementing NEPA are not judicially enforceable or binding on this agency action, DHS has nonetheless elected to follow those regulations at 40 C.F.R. Parts 1500–1508, in addition to the Department's procedures/regulations implementing NEPA in Instruction 023-01-001, rev. 01, "Implementation of NEPA" to meet the agency's obligations under NEPA, 42 U.S.C. §§ 4321 et seq.

**SECTION V - Signatures**

11a. Preparer of this REC

Romulus, MI Property Acquisition  (Unclassified)

| Name: | Digitally signed by Alexis Price at 03/24/2026 2:59 PM | Date: |
|---|---|---|
| Alexis Price | *Alexis Price* | 03/24/2026 |

| 11b. Environmental Approver of this REC | | |
|---|---|---|
| Name: | Digitally signed by Victoria Porto at 03/24/2026 3:13 PM | Date: |
| Victoria Porto | *Victoria Porto* | 03/24/2026 |

| 11c. Action Proponent | | |
|---|---|---|
| Name: | Digitally signed by Robert Schultz at 03/24/2026 3:23 PM | Date: |
| Robert Schultz | *Robert Schultz* | 03/24/2026 |

Romulus, MI Property Acquisition

## Preview of Attachments

The following pages will display this project's attachments that are of these file types:

- .jpg / .jpeg
- .png
- .gif
- .txt
- .pdf

The attachments of compatible file types from this project are:

- ICE Romulus MI Acquisition Due Diligence Memo_SZ.pdf
- Romulus_IPaC_ Explore Location resources.pdf
- ICE New Detroit Processing Center Romulus MI_Forest County Potawatomi.pdf
- ICE New Detroit Processing Center Romulus MI_Hannahville.pdf
- ICE New Detroit Processing Center Romulus MI_Little Traverse Bay Odawa.pdf
- ICE New Detroit Processing Center Romulus MI_Match-e-be-nash-she-wish Pottawatomi.pdf
- ICE New Detroit Processing Center Romulus MI_Sault Ste Marie Chippewa.pdf
- ICE New Detroit Processing Center Romulus MI_Menominee.pdf
- ICE New Detroit Processing Center Romulus MI_Miami.pdf
- ICE New Detroit Processing Center Romulus MI_Pokagon Band Potawatomi.pdf
- ICE New Detroit Processing Center Romulus MI_Seneca-Cayuga.pdf
- IICE New Detroit Processing Center Romulus MI_Lac Vieux Desert Band Lake Superior Chippewa.pdf
- ICE New Detroit Processing Center Romulus MI_SHPO.pdf
- MMC_NEPA_PN_FLOODPLAIN_FINAL_ROMULUS_MI.pdf
- ICE New Detroit Processing Center Romulus MI_Hannahville.pdf
- ICE New Detroit Processing Center Romulus MI_Little Traverse Bay Odawa.pdf
- ICE New Detroit Processing Center Romulus MI_Match-e-be-nash-she-wish Pottawatomi.pdf
- ICE New Detroit Processing Center Romulus MI_Menominee.pdf
- ICE New Detroit Processing Center Romulus MI_Pokagon Band Potawatomi.pdf
- IICE New Detroit Processing Center Romulus MI_Lac Vieux Desert Band Lake Superior Chippewa.pdf
- ICE New Detroit Processing Center Romulus MI_Sault Ste Marie Chippewa.pdf
- ICE New Detroit Processing Center Romulus MI_Forest County Potawatomi.pdf
- ICE New Detroit Processing Center Romulus MI_Miami.pdf
- ICE New Detroit Processing Center Romulus MI_Seneca-Cayuga.pdf

**Note:**

All project attachments can be downloaded at the 'File Upload/Manage Attachments' page.

**U.S. Department of Homeland Security**
**Washington, DC 20528**



MEMORANDUM FOR:    Keith Ingalsbe
Assistant Director
Office of Asset and Facilities Management
U.S. Immigration and Customs Enforcement

FROM:    Stephen Zettlemoyer
Environmental Protection Specialist
Energy and Environmental Division

SUBJECT:    Phase I Environmental Due Diligence Report for
7525 Cogswell Road, Romulus, Michigan 48174

By this memorandum, I am acknowledging the submission of the Phase I Environmental Due Diligence Report dated January 8, 2026, for the proposed acquisition of the above property in Romulus, MI, to support U.S. Immigration and Customs Enforcement. The Energy and Environmental Division (EED) has reviewed the report and finds that the document provided is sufficient to fulfill the basic requirements for environmental due diligence for this transaction.

The subject property has a historic use as a junkyard, which can result in lead or other heavy metal contamination. There was no evidence from the Phase I report of surface contamination at the property; however, report did reference studies that found subsurface lead contamination present at the site. It is recommended that, if in the future ICE intends to use the facility in a manner that would result in a sensitive population coming into contact with on-site soils, surface soils in those areas be tested—out of an abundance of caution—and analyzed for RCRA-8 metals.

If there are additional questions regarding this memo, please contact me at stephen.zettlemoyer@hq.dhs.gov or (202) 878-2914.

Cc:
David Brumley, U.S. Coast Guard, Real Estate Acquisition
Jennifer Hass, Acting EED Executive Director
Andrew DeGregorio, Environmental Protection Specialist (ICE)
Jody M. Prescott, Attorney (ICE)

Printed On 3/25/2026 11:41:29 AM

Romulus, MI Property Acquisition



# Local office

Michigan Ecological Services Field Office

📞 (517) 351-2555
📠 (517) 351-1443

2651 Coolidge Road Suite 101
East Lansing, MI 48823-6360

Printed On 3/25/2026 11:41:29 AM

NOT FOR CONSULT

2. Click DEFINE PROJECT.
3. Log in (if directed to do so).
4. Provide a name and description for your project.
5. Click REQUEST SPECIES LIST.

Romulus, MI Property Acquisition

NOT FOR CONSULT

Listed species[1] and their critical habitats are managed by the Ecological Services Program of the U.S. Fis (USFWS) and the fisheries division of the National Oceanic and Atmospheric Administration (NOAA Fishe

Species and critical habitats under the sole responsibility of NOAA Fisheries are **not** shown on this list. Pl for species under their jurisdiction.

1. Species listed under the Endangered Species Act are threatened or endangered; IPaC also shows sp proposed, for listing. See the listing status page for more information. IPaC only shows species that a FAQ).
2. NOAA Fisheries, also known as the National Marine Fisheries Service (NMFS), is an office of the Nati Administration within the Department of Commerce.

The following species are potentially affected by activities in this location:

# Mammals

| NAME | STATUS |
| --- | --- |
| Indiana Bat  Myotis sodalis<br>Wherever found<br>　There is **final** critical habitat for this species. Your location does not overlap the critical habitat.<br>　https://ecos.fws.gov/ecp/species/5949 | Endangered |
| Northern Long-eared Bat  Myotis septentrionalis<br>Wherever found<br>　No critical habitat has been designated for this species.<br>　https://ecos.fws.gov/ecp/species/9045 | Endangered |
| Tricolored Bat  Perimyotis subflavus<br>Wherever found<br>　No critical habitat has been designated for this species.<br>　https://ecos.fws.gov/ecp/species/10515 | Proposed E |

## Insects

Romulus, MI Property Acquisition

| NAME | STATUS |
|------|--------|
| Monarch Butterfly  Danaus plexippus | Proposed Th... |

Wherever found

There is **proposed** critical habitat for this species. Your location does not overlap the critical habitat.

https://ecos.fws.gov/ecp/species/9743

## Flowering Plants

| NAME | STATUS |
|------|--------|
| Eastern Prairie Fringed Orchid  Platanthera leucophaea | Threatened |

Wherever found

No critical habitat has been designated for this species.

https://ecos.fws.gov/ecp/species/601

## Critical habitats

Potential effects to critical habitat(s) in this location must be analyzed along with the endangered species

There are no critical habitats at this location.

You are still required to determine if your project(s) may have effects on all abov...

# Bald & Golden Eagles

Bald and Golden Eagles are protected under the Bald and Golden Eagle Protection Act [2] and the Migrato... Any person or organization who plans or conducts activities that may result in impacts to Bald or Golden ... should follow appropriate regulations and consider implementing appropriate avoidance and minimization... various links on this page.

Additional information can be found using the following links:

- Eagle Management https://www.fws.gov/program/eagle-management
- Measures for avoiding and minimizing impacts to birds https://www.fws.gov/library/collections/avoiding... take-migratory-birds
- Nationwide avoidance and minimization measures for birds https://www.fws.gov/sites/default/files/docu... conservation-measures.pdf

determining if there is sufficient data to ensure your list is accurate.

For guidance on when to schedule activities or implement avoidance and minimization measures to reduc
eagles on your list, see the "Probability of Presence Summary" below to see when these bald or golden e
present and breeding in your project area.

Romulus, MI Property Acquisition

**Review the FAQs**

The FAQs below provide important additional information and resources.

| NAME | BREEDING SE |
|---|---|
| Bald Eagle  Haliaeetus leucocephalus | Breeds Dec |
| This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. https://ecos.fws.gov/ecp/species/1626 | |
| Golden Eagle  Aquila chrysaetos | Breeds else |
| This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. https://ecos.fws.gov/ecp/species/1680 | |

# Probability of Presence Summary

The graphs below provide our best understanding of when birds of concern are most likely to be present i
information can be used to tailor and schedule your project activities to avoid or minimize impacts to birds
"Supplemental Information on Migratory Birds and Eagles", specifically the FAQ section titled "Proper Inte
Migratory Bird Report" before using or attempting to interpret this report.

**Probability of Presence (■)**

Each green bar represents the bird's relative probability of presence in the 10km grid cell(s) your project c
week of the year. (A year is represented as 12 4-week months.) A taller bar indicates a higher probability c
survey effort (see below) can be used to establish a level of confidence in the presence score. One can h
presence score if the corresponding survey effort is also high.

How is the probability of presence score calculated? The calculation is done in three steps:

1. The probability of presence for each week is calculated as the number of survey events in the week w
   divided by the total number of survey events for that week. For example, if in week 12 there were 20 s
   Towhee was found in 5 of them, the probability of presence of the Spotted Towhee in week 12 is 0.25.
2. To properly present the pattern of presence across the year, the relative probability of presence is calc
   of presence divided by the maximum probability of presence across all weeks. For example, imagine t
   week 20 for the Spotted Towhee is 0.05, and that the probability of presence at week 12 (0.25) is the r
   year. The relative probability of presence on week 12 is 0.25/0.25 = 1; at week 20 it is 0.05/0.25 = 0.2.
3. The relative probability of presence calculated in the previous step undergoes a statistical conversion
   between 0 and 10, inclusive. This is the probability of presence score.

To see a bar's probability of presence score, simply hover your mouse cursor over the bar.

Romulus MI Property Acquisition

# Bald & Golden Eagles FAQs

**What does IPaC use to generate the potential presence of bald and golden eagles in my specified location?**

The potential for eagle presence is derived from data provided by the Avian Knowledge Network (AKN). The AKN data is survey, banding, and citizen science datasets and is queried and filtered to return a list of those birds reported as occurring your project intersects, and that have been identified as warranting special attention because they are an eagle (Bald and requirements may apply).

**Proper interpretation and use of your eagle report**

On the graphs provided, please look carefully at the survey effort (indicated by the black vertical line) and for the existence horizontal line). A high survey effort is the key component. If the survey effort is high, then the probability of presence sco dependable. In contrast, a low survey effort line or no data line (red horizontal) means a lack of data and, therefore, a lacl species. This list is not perfect; it is simply a starting point for identifying what birds have the potential to be in your proje and if they might be breeding (which means nests might be present). The list and associated information help you know v and helps guide you in knowing when to implement avoidance and minimization measures to eliminate or reduce potentia activities or get the appropriate permits should presence be confirmed.

**How do I know if eagles are breeding, wintering, or migrating in my area?**

To see what part of a particular bird's range your project area falls within (i.e. breeding, wintering, migrating, or resident), the RAIL Tool and view the range maps provided for birds in your area at the bottom of the profiles provided for each bird IPaC migratory bird species list has a breeding season associated with it (indicated by yellow vertical bars on the phenolo PROBABILITY OF PRESENCE SUMMARY" at the top of your results list), there may be nests present at some point with "Breeds elsewhere" is indicated, then the bird likely does not breed in your project area.

**Interpreting the Probability of Presence Graphs**

Each green bar represents the bird's relative probability of presence in the 10km grid cell(s) your project overlaps during a taller bar indicates a higher probability of species presence. The survey effort can be used to establish a level of confiden

***How is the probability of presence score calculated? The calculation is done in three steps:***

The probability of presence for each week is calculated as the number of survey events in the week where the species wa number of survey events for that week. For example, if in week 12 there were 20 survey events and the Spotted Towhee probability of presence of the Spotted Towhee in week 12 is 0.25.

To properly present the pattern of presence across the year, the relative probability of presence is calculated. This is the p the maximum probability of presence across all weeks. For example, imagine the probability of presence in week 20 for th that the probability of presence at week 12 (0.25) is the maximum of any week of the year. The relative probability of pres at week 20 it is 0.05/0.25 = 0.2.

The relative probability of presence calculated in the previous step undergoes a statistical conversion so that all possible inclusive. This is the probability of presence score.

**Breeding Season ()**

Yellow bars denote a very liberal estimate of the time-frame inside which the bird breeds across its entire range. If there a it does not breed in your project area.

**Survey Effort ()**

Vertical black lines superimposed on probability of presence bars indicate the number of surveys performed for that speci project area overlaps.

**No Data ()**

NOT FOR CONSULT

Printed On 3/25/2026 11:41:29 AM

NOT FOR CONSULT

**Measures for Proactively Minimizing Migratory Bird Impacts**

Romulus, MI Property Acquisition

Your IPaC Migratory Bird list showcases birds of concern, including Birds of Conservation Concern (BCC) is not a comprehensive list of all birds found in your project area. However, you can help proactively minim birds at your project location by implementing the measures in the Nationwide avoidance and minimizatio document, and any other project-specific avoidance and minimization measures suggested at the link Me minimizing impacts to birds for the birds of concern on your list below.

### Ensure Your Migratory Bird List is Accurate and Complete

If your project area is in a poorly surveyed area, your list may not be complete and you may need to rely o determine what species may be present (e.g. your local FWS field office, state surveys, your own surveys Supplemental Information on Migratory Birds and Eagles document, to help you properly interpret the rep including determining if there is sufficient data to ensure your list is accurate.

For guidance on when to schedule activities or implement avoidance and minimization measures to reduc on your list, see the "Probability of Presence Summary" below to see when these birds are most likely to I your project area.

### Review the FAQs
The FAQs below provide important additional information and resources.

| NAME | BREEDING SE |
| --- | --- |
| Bald Eagle  Haliaeetus leucocephalus | Breeds Dec |
| This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. https://ecos.fws.gov/ecp/species/1626 | |
| Black-billed Cuckoo  Coccyzus erythropthalmus | Breeds May |
| This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. https://ecos.fws.gov/ecp/species/9399 | |
| Canada Warbler  Cardellina canadensis | Breeds May |
| This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | |
| Chimney Swift  Chaetura pelagica | Breeds Mar |
| This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | |

Printed On 3/25/2026 11:41:29 AM

information can be used to tailor and schedule your project activities to avoid or minimize impacts to birds

Romulus, MI Property Acquisition

"Supplemental Information on Migratory Birds and Eagles", specifically the FAQ section titled "Proper Inte Migratory Bird Report" before using or attempting to interpret this report.

## Probability of Presence (■)

Each green bar represents the bird's relative probability of presence in the 10km grid cell(s) your project c week of the year. (A year is represented as 12 4-week months.) A taller bar indicates a higher probability c survey effort (see below) can be used to establish a level of confidence in the presence score. One can h presence score if the corresponding survey effort is also high.

How is the probability of presence score calculated? The calculation is done in three steps:

1. The probability of presence for each week is calculated as the number of survey events in the week w divided by the total number of survey events for that week. For example, if in week 12 there were 20 s Towhee was found in 5 of them, the probability of presence of the Spotted Towhee in week 12 is 0.25.
2. To properly present the pattern of presence across the year, the relative probability of presence is calc of presence divided by the maximum probability of presence across all weeks. For example, imagine t week 20 for the Spotted Towhee is 0.05, and that the probability of presence at week 12 (0.25) is the r year. The relative probability of presence on week 12 is 0.25/0.25 = 1; at week 20 it is 0.05/0.25 = 0.2.
3. The relative probability of presence calculated in the previous step undergoes a statistical conversion between 0 and 10, inclusive. This is the probability of presence score.

To see a bar's probability of presence score, simply hover your mouse cursor over the bar.

## Breeding Season (■)
Yellow bars denote a very liberal estimate of the time-frame inside which the bird breeds across its entire bars shown for a bird, it does not breed in your project area.

## Survey Effort (|)
Vertical black lines superimposed on probability of presence bars indicate the number of surveys performe grid cell(s) your project area overlaps. The number of surveys is expressed as a range, for example, 33 to

To see a bar's survey effort range, simply hover your mouse cursor over the bar.

## No Data (−)
A week is marked as having no data if there were no survey events for that week.

## Survey Timeframe
Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information. off the Atlantic coast, where bird returns are based on all years of available data, since data in these area sparse.



**What does IPaC use to generate the list of migratory birds that potentially occur in my specified location?**

The Migratory Bird Resource List is comprised of Birds of Conservation Concern (BCC) and other species that may warra Romulus, MI Property Acquisition location, such as those listed under the Endangered Species Act or the Bald and Golden Eagle Protection Act and those See the FAQ "What are the levels of concern for migratory birds?" for more information on the levels of concern covered list.

The migratory bird list generated for your project is derived from data provided by the Avian Knowledge Network (AKN). T growing collection of survey, banding, and citizen science datasets and is queried and filtered to return a list of those bird grid cell(s) with which your project intersects. These species have been identified as warranting special attention because area, an eagle (Bald and Golden Eagle Protection Act requirements may apply), or a species that has a particular vulnera development.

Again, the Migratory Bird Resource list includes only a subset of birds that may occur in your project area. It is not repres in your project area. To get a list of all birds potentially present in your project area, and to verify survey effort when no res Avian Information Locator (RAIL) Tool.

**Why are subspecies showing up on my list?**

Subspecies profiles are included on the list of species present in your project area because observations in the AKN for t the species are present, that means that the subspecies may also be present. If a subspecies shows up on your list, you resources to determine if that subspecies may be present (e.g. your local FWS field office, state surveys, your own surve

**What does IPaC use to generate the probability of presence graphs for the migratory birds potentially occurring**

The probability of presence graphs associated with your migratory bird list are based on data provided by the Avian Know derived from a growing collection of survey, banding, and citizen science datasets.

Probability of presence data is continuously being updated as new and better information becomes available. To learn mo presence graphs are produced and how to interpret them, go to the Probability of Presence Summary and then click on th link.

**How do I know if a bird is breeding, wintering, or migrating in my area?**

To see what part of a particular bird's range your project area falls within (i.e. breeding, wintering, migrating, or resident), the RAIL Tool and view the range maps provided for birds in your area at the bottom of the profiles provided for each bird IPaC migratory bird species list has a breeding season associated with it (indicated by yellow vertical bars on the phenol PROBABILITY OF PRESENCE SUMMARY" at the top of your results list), there may be nests present at some point wit "Breeds elsewhere" is indicated, then the bird likely does not breed in your project area.

**What are the levels of concern for migratory birds?**

Migratory birds delivered through IPaC fall into the following distinct categories of concern:

1. "BCC Rangewide" birds are Birds of Conservation Concern (BCC) that are of concern throughout their range anywhe Hawaii, the Pacific Islands, Puerto Rico, and the Virgin Islands);
2. "BCC - BCR" birds are BCCs that are of concern only in particular Bird Conservation Regions (BCRs) in the continen
3. "Non-BCC - Vulnerable" birds are not BCC species in your project area, but appear on your list either because of the Act requirements (for eagles) or (for non-eagles) potential susceptibilities in offshore areas from certain types of deve energy development or longline fishing).

Although it is important to avoid and minimize impacts to all birds, efforts should be made, in particular, to avoid and mini list, especially BCC species. For more information on avoidance and minimization measures you can implement to help a impacts, please see the FAQ "Tell me more about avoidance and minimization measures I can implement to avoid or min

NOT FOR CONSULT

***How is the probability of presence score calculated? The calculation is done in three steps:***

The probability of presence for each week is calculated as the number of survey events in the week where the species was number of survey events for that week. For example, if in week 12 there were 20 survey events and the Spotted Towhee probability of presence of the Spotted Towhee in week 12 is 0.25.

To properly present the pattern of presence across the year, the relative probability of presence is calculated. This is the p the maximum probability of presence across all weeks. For example, imagine the probability of presence in week 20 for t that the probability of presence at week 12 (0.25) is the maximum of any week of the year. The relative probability of pres at week 20 it is 0.05/0.25 = 0.2.

The relative probability of presence calculated in the previous step undergoes a statistical conversion so that all possible inclusive. This is the probability of presence score.

**Breeding Season ()**
Yellow bars denote a very liberal estimate of the time-frame inside which the bird breeds across its entire range. If there a it does not breed in your project area.

**Survey Effort ()**
Vertical black lines superimposed on probability of presence bars indicate the number of surveys performed for that speci project area overlaps.

**No Data ()**
A week is marked as having no data if there were no survey events for that week.

**Survey Timeframe**
Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information. The exception t where bird returns are based on all years of available data, since data in these areas is currently much more sparse.

# Facilities

## National Wildlife Refuge lands

Any activity proposed on lands managed by the National Wildlife Refuge system must undergo a 'Compat conducted by the Refuge. Please contact the individual Refuges to discuss any questions or concerns.

There are no refuge lands at this location.

## Fish hatcheries

There are no fish hatcheries at this location.

Wetlands or other mapped features may have changed since the date of the imagery or field work. There may be occasional boundaries or classifications between the information depicted on the map and the actual conditions on site.

Romulus, MI Property Acquisition

### Data exclusions

Certain wetland habitats are excluded from the National mapping program because of the limitations of aerial imagery as detect wetlands. These habitats include seagrasses or submerged aquatic vegetation that are found in the intertidal and nearshore coastal waters. Some deepwater reef communities (coral or tuberficid worm reefs) have also been excluded from because of their depth, go undetected by aerial imagery.

### Data precautions

Federal, state, and local regulatory agencies with jurisdiction over wetlands may define and describe wetlands in a differe inventory. There is no attempt, in either the design or products of this inventory, to define the limits of proprietary jurisdicti government or to establish the geographical scope of the regulatory programs of government agencies. Persons intendin modifications within or adjacent to wetland areas should seek the advice of appropriate Federal, state, or local agencies regulatory programs and proprietary jurisdictions that may affect such activities.



**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075

February 13, 2026

Mr. Luke Heider
Tribal Historic Preservation Officer
Forest County Potawatomi Community, Wisconsin
5320 Wensaut Lane
PO Box 340
Crandon, WI 54520
Phone: (715) 478-7354
Email: luke.heider@fcp-nsn.gov

>    ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
>    Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Heider:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Printed On 3/25/2026 11:41:29 AM

Romulus, MI Property Acquisition

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

4

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacant land to the east.

13

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16



**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075

February 13, 2026

Mr. Kenneth Meshigaud
Chairperson
Hannahville Indian Community, Wisconsin
N14911 Hannahville B1 Road
Wilson, MI 49896
Phone: (906) 723-2602
Email: tyderyien@hannahville.org

ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Meshigaud:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Romulus, MI Property Acquisition

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Printed On 3/25/2026 11:41:29 AM

Romulus, MI Property Acquisition

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



February 13, 2026

Ms. Melissa Wiatrolik
Tribal Historic Preservation Officer
Little Traverse Bay Bands of Odawa Indians, Michigan
7500 Odawa Circle
Harbor Springs, MI 49740
Phone: (231) 242-1408
Email: mwiatrolik@ltbbodawa-nsn.gov

ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Wiatrolik:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



February 13, 2026

Ms. Lakota Hobia
Tribal Historic Preservation Officer
Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan
2872 Mission Drive
Shelbyville, MI 49344
Phone: (269) 397-1780 ext. 1255
Email: Lakota.hobia@glt-nsn.gov

ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Hobia:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Romulus, MI Property Acquisition

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

4

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

6

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Printed On 3/25/2026 11:41:29 AM

Romulus, MI Property Acquisition

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16

Printed On 3/25/2026 11:41:29 AM



**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075

February 13, 2026

Mr. Austin Lowes
Chairperson
Sault Ste. Marie Tribe of Chippewa Indians, Michigan
523 Ashmun Street
Sault Ste Marie, MI 49783
Phone: (906) 635-6050
Email: alowes@saulttribe.net

> ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
> Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Lowes:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



February 13, 2026

Mr. David Grignon
Tribal Historic Preservation Officer
Menominee Indian Tribe of Wisconsin
P.O. Box 910
Keshena, WI 54135
Phone: (715) 799-5258
Email: dgrignon@mitw.org

   ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
   Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Grignon:

This letter is provided to initiate consultation on a proposed Department of Homeland Security
(DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of
the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is
proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of
ICE operations. Proposed site improvements may include, but are not limited to, installing,
upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping,
drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be
installed. No site improvements are expected to be taller than the existing structure or expand
beyond the current site boundaries, and all work and construction staging will occur within the
parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing
buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior
of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors);
repairing or replacing the existing roof or cladding materials; adding security equipment; or
adding exterior personnel/guest access controls. The interior of the structure may be renovated or
rebuilt to support ICE operational requirements, which may include but are not limited to
construction of holding and processing spaces, office space, public-facing visitor spaces, and
installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the
subject property and adjacent resources with a potential viewshed of the proposed undertaking
(Figure 5).

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,


Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



February 13, 2026

Mr. Logan York
Tribal Historic Preservation Officer
Miami Tribe of Oklahoma
P.O. Box 1326
Miami, OK 74355
Phone: (918) 541-7885
Email: thpo@miamination.com

   ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
   Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. York:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

Romulus, MI Property Acquisition



**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075

February 13, 2026

Mr. Matthew Bussler
Tribal Historic Preservation Officer
Pokagon Band of Potawatomi Indians, Michigan and Indiana
P.O. Box 180
Dowagiac, MI 49047
Phone: (269) 462-4316
Email: matthew.bussler@pokagonband-nsn.gov

      ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
      Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Bussler:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



February 13, 2026

Mr. William Tarrant
Tribal Historic Preservation Officer
Seneca-Cayuga Nation
P.O. Box 453220
Grove, OK 74345
Phone: (918) 791-6061
Email: wtarrant@sctribe.com

> ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
> Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Tarrant:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16



**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075

February 13, 2026

Ms. Alina Shively
Tribal Historic Preservation Office Director
Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan
P.O. Box 249
Watersmeet, MI 49969
Phone: (906) 358-0137
Email: alina.shively@lvd-nsn.gov

ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Shively:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE)  undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16



**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075

February 13, 2026

Mr. Ryan Schumaker
State Historic Preservation Officer
Michigan State Historic Preservation Office
300 North Washington Square
Lansing, MI 48913
Phone: (517) 335-9840
Email: preservation@michigan.gov

> ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
> Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Schumaker:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16

**Early Notice and Public Review of a Proposed Activity in a 100- to 500-Year Floodplain
Warehouse Acquisition and Renovation by U.S. Immigration and Customs Enforcement
Detroit Processing Center
Romulus, Michigan**

The Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), is issuing this notice in accordance with Executive Order (EO) 11988, Floodplain Management, as amended. ICE has determined that the Proposed Action, described below, is located within the Federal Emergency Management Agency (FEMA) 100-year floodplain (Zone AE), 500-year floodplain (shaded Zone X), and the Regulatory Floodway. ICE reviewed practicable alternatives to avoid locating the proposed facility in the floodplain, evaluated nature-based approaches where feasible, and assessed potential effects on floodplain resources.

**Proposed Action**

ICE proposes to acquire and retrofit the existing warehouse facility at 7525 Cogswell Street, Romulus, Michigan, for use as a Detention Processing Center. The existing 473,158-square-foot facility, constructed in 2000, is located on a previously developed 27.2-acre property with established paved areas, utilities, stormwater infrastructure, and supporting site development. The facility would provide short-term, temporary housing for individuals in immigration custody who are awaiting immigration processing and related administrative procedures.

As part of the Proposed Action, approximately 19 acres of the property would serve as the secure operational area for the facility and would be enclosed by installing 3,800 linear feet of new perimeter security fencing. Other planned improvements may include, but are not limited to, one modular security checkpoint structure (approximately 150 square feet), five exterior recreation courts on existing asphalt surfaces, exterior lighting and security cameras, replacement of the existing emergency generator on a new concrete pad, installation of new telecommunications cabling within existing corridors or previously disturbed areas, and sanitary sewer connections or modifications if required by final engineering review. The Project would consist of minor changes to the facility's overall exterior design, and no site improvements are expected to be taller than the expected structure or expand beyond current site boundaries. All work would occur within previously developed and disturbed areas. No off-site improvements or new utility corridors are proposed.

The facility is currently served by a municipal sanitary sewer connection. Preliminary engineering indicates that limited upgrades to the existing sanitary lateral or connection point may be required to accommodate projected wastewater flows. Any improvements, if needed, would be completed in kind and coordinated with the local municipal sewer authority through standard utility permitting to confirm available conveyance and treatment capacity. At this time, no municipal system capacity constraints have been identified, and additional off-site upgrades are not anticipated. Any required sewer work would involve short-term, localized trenching and would comply with applicable Wayne County floodplain management and permitting requirements.

**Floodplain Identification and Impact Mitigation**

FEMA's National Flood Hazard Layer and Flood Insurance Rate Map (FIRM) Panels 26163C0218E and 26163C0356E (effective February 2, 2012) identify the entire property within mapped flood hazard areas, including the 100-year floodplain (Zone AE), 500-year floodplain (shaded Zone X), and the Regulatory Floodway. Approximately 19.36 acres of the parcel are within Zone AE, 5.10 acres within shaded Zone X, and 2.71 acres within the Regulatory Floodway.

Although FIRMs show flood hazards across the parcel, they are generalized and do not capture detailed site grading or fill conditions. Survey data confirm that the building's first-floor elevation (FFE) is 667.21 feet, approximately 1.21 feet above the adjacent Base Flood Elevation (BFE) of 666 feet. The replacement emergency generator will be installed on an elevated concrete pad above BFE. The perimeter security fencing, guard structure, recreation courts, and select lighting/camera bases would be placed along (fencing) or on existing paved surfaces, generally ranging from 663 to 666 feet. ICE will avoid constructing barriers that could impede overland flow or alter floodplain conveyance. Localized ground disturbance will be limited to shallow excavations for security fencing, recreation-area awning piers (approximately 10 inches in diameter to a depth of ~4 feet in existing pavement), light pole bases, and minor utility tie-ins, with all construction areas restored to existing grades. ICE will also incorporate facility-level flood resilience measures, including elevating the replacement emergency generator above the Base Flood Elevation and providing backup power and automatic transfer capability sufficient to support the duplex stormwater pump system during flood conditions.

The site is served by an engineered stormwater system consisting of onsite catch basins and manholes that collect runoff from building downspouts, paved areas, and parking-lot surfaces and convey it to a wet detention pond located north of the property. The detention pond provides temporary storage, flow attenuation, and controlled discharge through a duplex ejector pump system designed by a licensed engineer and incorporated into the facility's approved development plans. Discharge from the detention pond flows to the McClaughery Drain, a county-maintained open-channel drainage system that forms part of a regional stormwater network serving the Romulus area. County engineering documents indicate that the McClaughery Drain includes defined channel grades, stabilized side slopes, multiple roadway crossings, and associated storm sewer connections designed to maintain hydraulic continuity and convey storm flows efficiently. The McClaughery Drain is maintained through routine county inspection, cleanout, obstruction removal, erosion-control activities, and related work, and its inclusion in recurring county maintenance special assessments reflects sustained operational oversight and long-term management responsibility. If localized surcharge or temporary capacity limitations occur within the McClaughery Drain, the onsite detention pond provides inherent attenuation by storing flows and regulating discharge, reducing peak-flow contributions and minimizing rapid backwater effects. ICE will evaluate the condition and long-term reliability of the existing duplex pump system and replace components in kind if they are determined to be beyond their useful service life.

The Proposed Action does not change drainage patterns, impervious area, or basin capacity. Due to the limited proposed ground disturbance, which occurs only in previously disturbed areas and will be restored immediately, ICE does not anticipate the need for project-specific erosion and sediment control (ESC) measures; however, ICE will ensure compliance with all applicable ESC requirements, and all stormwater and groundwater permitting regulations, prior to the start of construction.

Given the limited scope of site work, the absence of stormwater or grading changes, and the elevated finished-floor elevation, the Proposed Action would not affect floodplain hydrology or

increase flood risk on or off the site. With these measures, ICE has determined that the facility can be safely occupied and operated within the mapped floodplain.

**State and Local Floodplain Coordination**

Discharge from the on-site wet detention pond ultimately flows to the McClaughery Drain, a county-maintained drainage system under the jurisdiction of the Wayne County Drain Commissioner. Routine maintenance, cleanouts, and channel management are performed by the County to ensure reliable conveyance and downstream flood protection. The Michigan Department of Environment, Great Lakes, and Energy (EGLE) may require permits for certain construction activities within the floodplain. ICE will coordinate with EGLE and Wayne County to determine whether floodplain permits are required and will obtain any necessary approvals prior to construction.

**Flood Risk Minimization and Best-Practice Measures**

ICE is incorporating practicable minimization measures consistent with EO 11988, including:

- Maintaining the facility's finished-floor elevation above BFE
- Elevating the new emergency generator above BFE
- Developing a facility-level flood awareness plan
- Avoiding encroachment into the regulatory floodway
- Avoiding permanent fill or changes to floodplain conveyance
- Limiting ground disturbance to previously developed areas.

**Alternatives**

In accordance with the National Environmental Policy Act (NEPA) and EO 11988, ICE evaluated whether practicable alternatives existed that would meet operational requirements while minimizing environmental and community impacts. The property initially identified as a first-choice option (17991 Wahrman Road, Detroit, Michigan) became unavailable as the property assessment commenced. As a result, 7525 Cogswell Street, Romulus, Michigan, advanced as the most viable remaining option and is carried forward as the Preferred Alternative. At the time of the decision, no other existing facilities outside the mapped floodplain were available that could meet ICE's operational, security, infrastructure, and schedule requirements without substantial new construction, relocation outside the Area of Responsibility, or greater environmental disturbance.

Under the No Action Alternative, ICE would continue using existing facilities that lack capacity and do not meet current operational requirements. This would not provide a viable long-term solution. ICE determined that the Preferred Alternative at 7525 Cogswell Street best meets operational needs while minimizing environmental, community, and security impacts.

**Comment**

There are three primary purposes for this notice. First, people who may be affected by activities in floodplains, as well as those interested in protecting the natural environment, should be given an opportunity to express their concerns and provide information about these areas. Second, an adequate public notice program can be an important public educational tool. The dissemination of information about floodplains can facilitate and enhance Federal efforts to reduce the risks associated with the occupancy and modification of these special areas. Third, as a matter of

fairness, when the Federal government determines it will participate in actions taking place in floodplains, it must inform those who may be put at greater or continued risk.

Any individual, group, or agency wishing to comment on the project may do so via email at icesustainability@ice.dhs.gov. Comments must be received by the Department of Homeland Security (DHS) on or before [INSERT DATE – 7 DAYS AFTER POSTING].



**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075

February 13, 2026

Mr. Kenneth Meshigaud
Chairperson
Hannahville Indian Community, Wisconsin
N14911 Hannahville B1 Road
Wilson, MI 49896
Phone: (906) 723-2602
Email: tyderyien@hannahville.org

ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Meshigaud:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16

Romulus, MI Property Acquisition



**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075

February 13, 2026

Ms. Melissa Wiatrolik
Tribal Historic Preservation Officer
Little Traverse Bay Bands of Odawa Indians, Michigan
7500 Odawa Circle
Harbor Springs, MI 49740
Phone: (231) 242-1408
Email: mwiatrolik@ltbbodawa-nsn.gov

ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Wiatrolik:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE)  undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



February 13, 2026

Ms. Lakota Hobia
Tribal Historic Preservation Officer
Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan
2872 Mission Drive
Shelbyville, MI 49344
Phone: (269) 397-1780 ext. 1255
Email: Lakota.hobia@glt-nsn.gov

ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Hobia:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE)  undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,


Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16

Romulus, MI Property Acquisition

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



February 13, 2026

Mr. David Grignon
Tribal Historic Preservation Officer
Menominee Indian Tribe of Wisconsin
P.O. Box 910
Keshena, WI 54135
Phone: (715) 799-5258
Email: dgrignon@mitw.org

   ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
   Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Grignon:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site. Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16



**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075

February 13, 2026

Mr. Matthew Bussler
Tribal Historic Preservation Officer
Pokagon Band of Potawatomi Indians, Michigan and Indiana
P.O. Box 180
Dowagiac, MI 49047
Phone: (269) 462-4316
Email: matthew.bussler@pokagonband-nsn.gov

      ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
      Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Bussler:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16

Romulus, MI Property Acquisition



**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075

February 13, 2026

Ms. Alina Shively
Tribal Historic Preservation Office Director
Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan
P.O. Box 249
Watersmeet, MI 49969
Phone: (906) 358-0137
Email: alina.shively@lvd-nsn.gov

ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Shively:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16

Printed On 3/25/2026 11:41:29 AM

Romulus, MI Property Acquisition

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



February 13, 2026

Mr. Austin Lowes
Chairperson
Sault Ste. Marie Tribe of Chippewa Indians, Michigan
523 Ashmun Street
Sault Ste Marie, MI 49783
Phone: (906) 635-6050
Email: alowes@saulttribe.net

> ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
> Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Lowes:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site. Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16

Printed On 3/25/2026 11:41:29 AM

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



February 13, 2026

Mr. Luke Heider
Tribal Historic Preservation Officer
Forest County Potawatomi Community, Wisconsin
5320 Wensaut Lane
PO Box 340
Crandon, WI 54520
Phone: (715) 478-7354
Email: luke.heider@fcp-nsn.gov

>       ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
>       Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Heider:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE)  undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16

Romulus, MI Property Acquisition



**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075

February 13, 2026

Mr. Logan York
Tribal Historic Preservation Officer
Miami Tribe of Oklahoma
P.O. Box 1326
Miami, OK 74355
Phone: (918) 541-7885
Email: thpo@miamination.com

> ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
> Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. York:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site. Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

6

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



February 13, 2026

Mr. William Tarrant
Tribal Historic Preservation Officer
Seneca-Cayuga Nation
P.O. Box 453220
Grove, OK 74345
Phone: (918) 791-6061
Email: wtarrant@sctribe.com

> ICE Detroit Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174;
> Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Tarrant:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Romulus, Michigan (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 27.15-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. A prefabricated guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing buildings. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Data concerning the Project site were reviewed using the Michigan SHPO Topo Box online inventory (Topo Box), Michigan SHPO MAP AboveGround interactive map (SHPO MAP), and the Michigan SHPO Portal (SHPO Portal). The review indicated that the Project site has not been previously surveyed for cultural resources, and that no archaeological sites, cemeteries, or historic structures, are reported on the Project site.  Only two resources are recorded within a mile; those consist of an unassessed archaeological site and a cemetery, both situated over one-quarter mile from the Project site.

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2000 (Figures 6–12). The Project site is primarily bounded by industrial properties and vacant land to the north and east (Figures 13 and 15), and a transmission line to the south (Figure 16). The three industrial resources were all constructed post-1983. Non-historic residential resources within the APE consist of the northwest subdivision across Ecorse Road that was constructed post-1987 (Figure 19). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria.

The remaining resources within the APE consist of a mixture of historic residential and commercial structures (Figure 20). These consist of a post-1967 ranch residence along Ecorse Road (Figure 20 "1"), a heavily modified pre-1951 residence-turned commercial structure (Proctor Collision; Figure 20 "2"), an auto repair shop along Ecorse Road built c. 1951 (Figure 20 "3"), and a subdivision along McDonald Drive to the immediate south of the subject property that began construction post-1973, but primarily dates to the early 2000s (Figure 20 "4").

Of these resources, all are either heavily altered or represent common resources/forms that lack character-defining details and lack significance. None of the resources represent a planned group or intentionally planned development. While some resources retain integrity, none of the resources contain the significance to be eligible for the NRHP. ICE recommends all resources as Ineligible for the NRHP. Regardless of their eligibility, all resources generally will only have minimal visibility to the proposed undertaking. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected** for the project as currently designed. In the event that the scope of the Project changes, ICE will reconsult with your office.

In accordance with 36 CFR 800.3, ICE has invited the Michigan State Historic Preservation Office to comment on the proposed undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Forest County Potawatomi Community, Wisconsin; the Hannahville Indian Community, Michigan; the Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan; the Little Traverse Bay Bands of Odawa Indians,

2

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174

Michigan; the Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan; the Menominee Indian Tribe of Wisconsin; the Miami Tribe of Oklahoma; the Pokagon Band of Potawatomi Indians, Michigan and Indiana; the Sault Ste. Marie Tribe of Chippewa Indians, Michigan; and the Seneca-Cayuga Nation. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 1. Project site location map.

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 2. Project site on USGS topographic map.

5

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 3. Aerial View of Project site.

6

Printed On 3/25/2026 11:41:29 AM

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 4. Proposed site development plan.

7

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 6. North side of building.



Figure 7. North side of building.

9

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 8. South side of building



Figure 9. Loading docks on southeast side of building.

10

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 10. East side of building.



Figure 11. Office area.

11

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 12. Warehouse area.



Figure 13. Adjoining industrial property to the north.

12

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 14. Adjoining residences to the northwest.



Figure 15. Adjoining vacent land to the east.

13

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 16. Adjoining vacent land to the south.



Figure 17. Representative home along Clydesdale Drive.

14

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 18. Adjoining commercial property to the west.



Figure 19. Represesentative residential structure the northwest, across Ecorse Road.

15

Re: ICE Romulus Processing Facility, 7525 Cogswell Road, Romulus, Michigan 48174



Figure 20. Historic commercial and residential structures within the APE of the Project site.

16