UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN; CITY OF
ROMULUS,

       Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY;
MARKWAYNE MULLIN, in his official
capacity as Secretary of the Department of
Homeland Security; UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT; and TODD M.
LYONS, in his official capacity as Senior
Official Performing the Duties of the
Director of Immigration and Customs
Enforcement,

       Defendants.

No. 2:26-cv-10968

HON. JONATHAN J.C. GREY

MAG. ELIZABETH A. STAFFORD

**EXHIBIT LIST TO REPLY IN
SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION**

_____/

**EXHIBIT LIST TO REPLY IN SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION**

1.     Unpublished Opinion - *Maryland v. Mullin*, __ F. Supp. 3d __, No.
1:26-cv-733, 2026 WL 1045503 (D. Md. 2026).

2.     Unpublished Opinion - *Refugee & Immigrant Ctr. for Educ. & Legal
Servs. v. Mullin*, __ F. 4th __, 2026 WL 1110616, *24–25 (D.C. Cir.
2026).

3.     Unpublished Opinion – *Friends of the Everglades, Inc. v. Noem*, __ F.
4th __, 2026 WL 1077624, at *7 (11th Cir. 2026).