UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michigan, State of, et al.,

                              Plaintiff(s),

v.                                              Case No. 2:26–cv–10968–JJCG–EAS
                                                Hon. Jonathan J.C. Grey

United States Department of
Homeland Security, et al.,

                              Defendant(s),

---

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Jonathan J.C. Grey as follows:

- STATUS CONFERENCE:  May 15, 2026 at 03:00 PM

The public may access the audio proceedings with the following connection information:

**PHONE NUMBER:**  6692545252
**MEETING ID:**      165 193 6644

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Sandra A Osorio
                                     Case Manager

Dated:  May 13, 2026