26-cv-10968

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Evie dariat* ☐ Agent ☐ Addressee

B. Received by (Printed Name)
APR 0 7 2026

C. Date of Delivery

INSPECTED 28

'ess different from item 1? ☐ Yes
'elivery address below: ☐ No

1.

Pamela Bondi
U.S. Attorney General
950 Pennsylvania Avenue NW
Washington DC 20530

9590 9402 9700 5199 7985 27

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
9589 0710 5270 3470 0106 37

Restricted Delivery
(over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X /M ☐ Agent ☐ Addressee

B. Received by (Printed Name)
M M JASMNE

C. Date of Delivery
-3/ 30

1. Article Addressed to:

dress different from item 1? ☐ Yes
delivery address below: ☐ No

RECEIVED - EDMI
31 MAR 2026 14:30

U.S. Attorney for the Eastern District of Michigan
c/o Civil-Process Clerk
211 W. Fort Street, Suite 2001
Detroit, MI 48226

9590 9402 9700 5199 7984 73

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
9589 0710 5270 3470 0107 29

Mail
Mail Restricted Delivery
(over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

26-cv-10968

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, o

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    APR 2 1 REC'D

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. A

TODD M. LYONS
Senior Official Performing the Duties of the Director
Immigration and Customs Enforcement
500 12th St., SW
Washington, D.C. 20536

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

9590 9402 9700 5199 7984 97

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ail
ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
9589 0710 5270 3470 0107 05

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature    APR 2 REC'D

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
500 12th St., SW
Washington, D.C. 20536

9590 9402 9700 5199 7985 10

3. Service Type
☐ ature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. 9589 0710 5270 3470 0106 20

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt