## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

STATE OF MICHIGAN; CITY OF
ROMULUS,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY;
MARKWAYNE MULLIN, in his
official capacity as Secretary of the
Department of Homeland Security;
UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT;
and TODD M. LYONS, in his official
capacity as Senior Official Performing
the Duties of the Director of
Immigration and Customs
Enforcement,

      Defendants.

_____/

Case No. 26-CV-10968

HON. JONATHAN J.C. GREY

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF (ECF No. 21)

Before the Court is a motion seeking leave to file an amicus brief in support of Plaintiffs' motion for preliminary injunction (ECF No. 9) submitted by the American Civil Liberties Union of Michigan, the

American Civil Liberties Union, the Michigan Immigrant Rights Center, MI Poder, and the Detroit Justice Center. (ECF No. 21.)

"[A] district court may grant leave [to file an *amicus* brief] under their inherent authority where the filing may provide a unique perspective that assists the district court in resolving the pending dispute." *League of Women Voters of Ohio v. LaRose*, 741 F. Supp. 3d 694, 725 (N.D. Ohio 2024) (collecting cases).

Having reviewed the proposed brief, the Court finds that it may provide a unique perspective that assists the Court in resolving the pending dispute. Accordingly, the motion (ECF No. 9) is **GRANTED**.

   **SO ORDERED.**

Dated: May 13, 2026          **s/Jonathan J.C. Grey**
                             Jonathan J.C. Grey
                             United States District Judge

2

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 13, 2026.

s/ **S. Osorio**
Sandra Osorio
Case Manager

3