UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Michigan, State of, et al.,

              Plaintiff(s),

v.                                Case No. 2:26–cv–10968–JJCG–EAS
                                Hon. Jonathan J.C. Grey

United States Department of
Homeland Security, et al.,

              Defendant(s),

_____

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Jonathan J.C. Grey as follows:

- STATUS CONFERENCE:  May 20, 2026 at 03:00 PM

The public may access the audio proceedings with the following connection information:

**PHONE NUMBER:** 6692545252
**MEETING ID:**     165 617 1990


Attorneys and parties required to attend the hearing will be sent connection information in a separate email.


### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Sandra A Osorio
Case Manager

Dated:  May 15, 2026