UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michigan, State of, et al.,

                            Plaintiff(s),

v.                                                  Case No. 2:26−cv−10968−JJCG−EAS
                                                    Hon. Jonathan J.C. Grey

United States Department of
Homeland Security, et al.,

                            Defendant(s),

_____

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Jonathan J.C. Grey as follows:

- STATUS CONFERENCE:  June 9, 2026 at 11:00 AM

The public may access the audio proceedings with the following connection information:

**PHONE NUMBER:** 6692545252
**MEETING ID:**    165 336 7518

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                            By: s/Sandra A Osorio
                                Case Manager

Dated:  May 27, 2026