UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michigan, State of, et al.,

                              Plaintiff(s),

v.                                                    Case No. 2:26−cv−10968−JJCG−EAS
                                                      Hon. Jonathan J.C. Grey

United States Department of
Homeland Security, et al.,

                              Defendant(s),

---

### NOTICE TO APPEAR

You are hereby notified to appear before District Judge Jonathan J.C. Grey at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 250, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL HEARING:  July 1, 2026 at 09:30 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Sandra A Osorio
Case Manager

Dated:   June 9, 2026