UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michigan, State of, et al.,

                      Plaintiff(s),

v.                                    Case No. 2:26–cv–10968–JJCG–EAS
                                    Hon. Jonathan J.C. Grey

United States Department of
Homeland Security, et al.,

                      Defendant(s),

## NOTICE OF MOTION HEARING

    You are hereby notified to appear before District Judge Jonathan J.C. Grey at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 250.  The following motion(s) are ***rescheduled*** for hearing:

Motion for Preliminary Injunction – #9

- MOTION HEARING:  July 29, 2026 at 10:00 AM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                  By: s/Sandra A Osorio
                                       Case Manager

Dated:  June 9, 2026