UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN, CITY OF
ROMULUS,                                              No. 2:26-cv-10968-JJCG-EAS

      Plaintiffs,                                   HON. JONATHAN J.C. GREY

v.

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY;
Markwayne Mullin, in his official
capacity as Secretary of the
Department of Homeland Security,
UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT,
TODD M. LYONS, in his official
capacity as Senior Official
Performing the Duties of the
Director of Immigration and
Customs Enforcement.

      Defendants.

## JOINT STATUS UPDATE

Defendants no longer intend to convert the Romulus Warehouse into an immigration detention facility and intend to sell the warehouse.  In light of this development, the parties agree to discuss appropriate next steps for this litigation and will provide the Court an additional status report on or before July 17.  The parties jointly request the Court cancel the July 1 conference.

Dated: June 22, 2026

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
U.S. Department of Justice
Environment & Natural Resources Division


/s/ *Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ
*Trial Attorney* (TX #24105931)
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 532-3266
krystal-rose.perez@usdoj.gov

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

BENJAMIN MARK MOSS
*Acting Senior Counsel*

JEFFREY ALDERETTE
*Trial Attorney*

/s/ *David J. Byerley*
DAVID J. BYERLEY
D.C. #1618599
*Senior Litigation Counsel*
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044
202-532-4523
david.byerley@usdoj.gov

*Attorneys for Defendants*

/s/ *Neil Giovanatti*
Neil Giovanatti (P82305)
Benjamin Houston (P76733)
Assistant Attorneys General
Attorneys for Plaintiff State of Michigan
Michigan Dep't of Attorney General
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7622
GiovanattiN@michigan.gov
HoustonB1@michigan.gov

/s/ *David F. Greco*
David F. Greco (P53523)
Attorney for Plaintiff City of Romulus
Greco Law PLLC
143 Cadycentre #164
Northville, MI 48167
(248) 380-1975
David.Greco@Greco-Law.com