UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michigan, State of, et al.,

                    Plaintiff(s),

v.                                                Case No. 2:26−cv−10968−JJCG−EAS
                                                  Hon. Jonathan J.C. Grey

United States Department of
Homeland Security, et al.,

                    Defendant(s),

_____

**NOTICE TO APPEAR REMOTELY**

   PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Jonathan J.C. Grey as follows:

   • PRETRIAL HEARING:  July 1, 2026 at 09:30 AM

   The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

   **ADDITIONAL INFORMATION:**     Please make note to appear via Zoom

**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                          By: s/Sandra A Osorio
                              Case Manager

Dated:  July 1, 2026