UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MICHIGAN, CITY OF ROMULUS, | No. 2:26-cv-10968 |
| Plaintiffs, | HON. JONATHAN J.C. GREY |
| v. | MAGISTRATE JUDGE ELIZABETH A. STAFFORD |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement. | |
| Defendants. | |

/

**STIPULATED ORDER STAYING CASE**

In light of Defendants' intention to no longer convert the Romulus Warehouse into an immigration detention facility and to instead designate the warehouse as excess property for disposition by the General Services Administration ("GSA"), the parties agree this case should be stayed while Defendants complete the requisite procedures to effectuate the excession of the property.

**NOW, THEREFORE, THE PARTIES STIPULATE AND THE COURT ORDERS** as follows:

1.  This case is **STAYED FOR SIXTY DAYS**.  The stay will automatically lift (a) after the parties file the joint status report called for in paragraph 2 below or (b) upon the request of either party, if Defendants' intentions for the Romulus Warehouse change.

2.  **WITHIN SIXTY DAYS OF THIS ORDER,** the parties shall file a status report that includes (a) the status of the property's excession and additional steps that might occur to effectuate that process; and (b) proposed next steps for the litigation.

3.  Defendants **SHALL NOT** take any action to convert the Romulus Warehouse into an immigration detention center during this stay.

**SO ORDERED**.

**<u>s/Jonathan J.C. Grey</u>**
Hon. Jonathan J.C. Grey
United States District Judge

Date: July 7, 2026

2

The parties stipulate to the entry of this order:

Dated: July 6, 2026

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
U.S. Department of Justice
Environment & Natural Resources Division

KRYSTAL-ROSE PEREZ
*Trial Attorney* (TX #24105931)
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 532-3266
krystal-rose.perez@usdoj.gov

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

BENJAMIN MARK MOSS
*Acting Senior Counsel*

JEFFREY ALDERETTE
*Trial Attorney*

_____
/s/  *David J. Byerley*
*(with Permission)*
DAVID J. BYERLEY
D.C. #1618599
*Senior Litigation Counsel*
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044
202-532-4523
david.byerley@usdoj.gov

*Attorneys for Defendant*

/s/  *Benjamin Houston*
Neil Giovanatti (P82305)
Benjamin Houston (P76733)
Assistant Attorneys General
Attorneys for Plaintiff State of Michigan
Michigan Dep't of Attorney General
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7622

/s/  *David F. Greco*
*(with Permission)*
David F. Greco (P53523)
Attorney for Plaintiff City of Romulus
Greco Law PLLC
143 Cadycentre #164
Northville, MI 48167
(248) 380-1975
David.Greco@Greco-Law.com

3

GiovanattiN@michigan.gov
HoustonB1@michigan.gov

### Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 7, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager

4