IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN; CITY OF ROMULUS,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; and TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement,

Defendants.
________________________________/

No. 2:26-cv-10968

HON. JONATHAN J.C. GREY

MAG. ELIZABETH A. STAFFORD

## NOTICE OF APPEARANCE

Please take notice that Bonsitu Kitaba-Gaviglio (P78822) is entering an appearance as counsel for amici curiae.

Respectfully submitted,

/s/Bonsitu Kitaba-Gaviglio
Bonsitu Kitaba-Gaviglio (P78822)
American Civil Liberties Union

Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6800
bkitaba@aclumich.org

Dated: August 20, 2026