IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN; CITY OF ROMULUS,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; and TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement,

Defendants.
_______________________________/

No. 2:26-cv-10968

HON. JONATHAN J.C. GREY

MAG. ELIZABETH A. STAFFORD

**MOTION TO WITHDRAW AS ATTORNEY**

Ewurama Appiagyei-Dankah hereby moves to withdraw as attorney for amici curiae in the above-captioned case. Ms. Appiagyei-Dankah is leaving her position at the American Civil Liberties Union Fund of Michigan and will no longer be able to represent amici curiae. Amici curiae will continue to be represented by other counsel in this matter.

Respectfully submitted,

/s/Ewurama Appiagyei-Dankah
Ewurama Appiagyei-Dankah (P88212)
American Civil Liberties Union
Fund of Michigan
1514 Wealthy Street SE, Ste. 260
Grand Rapids, MI 49506
(616) 301-0930
eadankah@aclumich.org

Dated: August 20, 2026