**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STATE OF MICHIGAN; CITY OF ROMULUS,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; and TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement,

Defendants.
_________________________________/

No. 2:26-cv-10968

HON. JONATHAN J.C. GREY

MAG. ELIZABETH A. STAFFORD

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**

Ewurama Appiagyei-Dankah has filed a motion to withdraw as attorney for amici curiae in the above-captioned case. Amici curiae will continue to be represented by other counsel in this matter. The motion is hereby granted.

**SO ORDERED**.

Date: August 20, 2026

s/Jonathan J.C. Grey
Jonathan J.C. Grey
United States District Judge

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 20, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager