UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN, CITY OF ROMULUS,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.

Defendants.

No. 2:26-cv-10968-JJCG-EAS

HON. JONATHAN J.C. GREY

MAG. ELIZABETH A. STAFFORD

**JOINT STATUS REPORT**

Pursuant to the Court's July 7, 2026, Order, Dkt. No. 39, the parties submit this Joint Status Report.

Defendants provide the following information: Defendants still intend to designate the Romulus Warehouse as excess property for disposition by the General Services Administration (GSA). However, more time is necessary to effectuate the excession of the property. Defendants began the Report of Excess (ROE) process by uploading documents related to the property into the GSA ROE Portal on June 22, 2026, but the ROE process has not been fully completed yet.

As a result, the parties request that this Court continue the stay of proceedings for 60 days at which time the parties propose to submit another joint status report proposing further proceedings as appropriate. The parties further request that this

Court continue its order that Defendants shall not take any action to convert the Romulus Warehouse into an immigration detention center during this stay.

Respectfully submitted this 8th day of September 2026,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
U.S. Department of Justice
Environment & Natural Resources Division

KRYSTAL-ROSE PEREZ
*Trial Attorney* (TX #24105931)
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 532-3266
krystal-rose.perez@usdoj.gov

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

BENJAMIN MARK MOSS
*Acting Senior Counsel*

JEFFREY ALDERETTE
*Trial Attorney*

/s/ *David J. Byerley*
DAVID J. BYERLEY
D.C. #1618599
*Senior Litigation Counsel*
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044
202-532-4523
david.byerley@usdoj.gov

*Counsel for Defendants*

/s/ *Neil Giovanatti*
Neil Giovanatti (P82305)
Benjamin Houston (P76733)
Assistant Attorneys General
Attorneys for Plaintiff State of Michigan
Michigan Dep't of Attorney General
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7622
GiovanattiN@michigan.gov
HoustonB1@michigan.gov

/s/ *David F. Greco*
David F. Greco (P53523)
Attorney for Plaintiff City of Romulus
Greco Law PLLC
143 Cadycentre #164
Northville, MI 48167
(248) 380-1975
David.Greco@Greco-Law.com