UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN, CITY OF ROMULUS,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement.

Defendants.

No. 2:26-cv-10968

HON. JONATHAN J.C. GREY

MAGISTRATE JUDGE ELIZABETH A. STAFFORD

______________________________________________/

**ORDER STAYING CASE**

In light of Defendants' intention to no longer convert the Romulus Warehouse into an immigration detention facility and to instead designate the warehouse as excess property for disposition by the General Services Administration ("GSA"), the parties agreed pursuant to a July 7, 2026, order that this case should be stayed while Defendants

complete the requisite procedures to effectuate the excession of the property. On September 8, 2026, the parties filed a joint status report (ECF No. 44) pursuant to the Court's July 7, 2026, Order (ECF No. 39), where the parties jointly requested a further extension of another 60-days and for the Court to continue to order the Defendants to not take any action to convert the Romulus Warehouse into an immigration detention center during this stay.

**NOW, THEREFORE, THE COURT ORDERS** as follows:

1. This case is **STAYED FOR SIXTY DAYS**. The stay will automatically lift (a) after the parties file the joint status report called for in paragraph 2 below or (b) upon the request of either party, if Defendants' intentions for the Romulus Warehouse change.

2. **WITHIN SIXTY DAYS OF THIS ORDER,** the parties shall file a status report that includes (a) the status of the property's excession and additional steps that might occur to effectuate that process; and (b) proposed next steps for the litigation.

3. Defendants **SHALL NOT** take any action to convert the Romulus Warehouse into an immigration detention center during this stay.

**SO ORDERED**.

**s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
United States District Judge

Date: September 17, 2026

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 17, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager